# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) | CASE NO. CV-07-P-1928-S |
| Plaintiffs, ) ) | Jury Trial Demanded |
| v. ) ) | |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) | |
| Defendant. ) | |

## PLAINTIFFS' EVIDENTIARY SUBMISSIONS IN OPPOSITION TO DEFENDANT AMERICAN HOME SHIELD'S MOTION TO DISMISS

Plaintiffs Laura Faught and Steven Faught submit the following, along with the Brief filed contemporaneously herewith, in Opposition to Defendant American Home Shield's Motion to Dismiss:

Exhibit A:   "Common AHS Warranty Questions," from American Home Shield Sales Materials.

Exhibit B:   American Home Shield Written Warranty.

Exhibit C:   Inspection of Sewell Service Co. of Birmingham, Alabama, November 6, 2006.

Exhibit D:   Faughts' Home Warranty Contract with American Home Shield.

Exhibit E:   Inspection of Air Repair LLC of Hueytown, Alabama, July 16, 2007.

Exhibit F:  Inspection of Sewell Service Co. of Birmingham, Alabama, July 17, 2007.

Exhibit G:  "History of American Home Shield," *available at* http://www.ahswarranty.com/about-ahswarranty/americanhomeshield.jsp, last visited on 12/03/2008.

    /s/ G. Renée Dall_____
G. Renée Dall
One of the Attorneys for Plaintiff

**OF COUNSEL:**
D. Frank Davis (DAV009)
John E. Norris (NOR041)
G. Renée Dall (DAL005)
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989

Lea Bone (BON017)
Bates & Bone, LLC
2151 Highland Avenue, Suite 100
Birmingham, Alabama 35205
Telephone: 205.930.0097
Facsimile: 205.930.9989

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 3rd day of December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Black, Jr.
Doy Leale McCall, III
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116

/s/ G. Renée Dall_____
OF COUNSEL