# Common AHS Home Warranty Questions

**Q. My system or appliance is over 10 years old. Is it still covered?**

A. Yes. Your AHS Home Warranty covers your home systems and appliances no matter what age.*

**Q. How many service calls am I allowed?**

A. As many as you need. There is no limit to the number of times you can call for covered repairs. In fact, the average AHS Home Warranty owner calls for repairs more than two times a year.

**Q. What if I have an appliance that can't be fixed?**

A. If your covered system or appliance can't be fixed by a service technician, it will be replaced based on your contract agreement.**

**Q. Do service technicians vary charges based on the type or complexity of the repair?**

A. No, you pay the same low trade service call fee (excluding possible permit fees, haul-away fees, etc.).**

**Q. How do I know my service technician is qualified?**

A. AHS contractors are pre-screened to meet our quality standards. Performance is also monitored regularly to make sure you receive professional, quality work. Your satisfaction is a top priority at AHS.

**Q. What if I'm not satisfied with the services?**

A. AHS will work with you until you are satisfied or we will refund the amount of the trade service call fee.

**Q. Can I access my account online?**

A. Yes. Simply go online to www.ahsservice.com, enter your contract number, phone number or address plus your zip code to log in. While online, you can request repair services, make payments, view your account status and more.

*If covered and not otherwise excluded under the terms of the contract.

**AHS may provide cash back in lieu of repair or replacement in the amount of AHS actual cost to repair or replace such item, which at times may be less than retail pricing. The trade service call fee applies to the initial visit by a service technician for each covered trade. This initial fee covers any additional technician visits required for the same breakdown within 30 days of the original service date. Additional charges may apply for some repairs and replacements.



AHS AMERICAN HOME SHIELD®

A ServiceMaster COMPANY

The Home Warranty Plan is issued and administered exclusively by American Home Shield Corporation, American Home Shield of Arizona, Inc., American Home Shield of California, Inc., American Home Shield of Florida, Inc., American Home Shield of Iowa, Inc., American Home Shield of Maine, Inc., New Jersey Home Shield Corporation, American Home Shield of Texas, Inc., American Home Shield of Virginia, Inc. and American Home Shield of Washington, Inc. ("AHS"). Each of the companies operates only where permitted by law.

© 2005 American Home Shield Corporation and its licensed subsidiaries. All Rights Reserved.