JUL-17-2007 08:47  REALTYSOUTH  P.01/01
Case 2:07-cv-01928-RDP  Document 9-3  Filed 12/03/07  Page 1 of 1
FILED
2007 Dec-03 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**AMERICAN AIR & HEAT**
P.O. BOX 94311
BIRMINGHAM, AL 35220-4311
(205) 680-5066

NAME: LAURAH STEVENS FAUGHT
STREET: 69
JOB LOCATION: 6924 MOUNTIAN VIEW
DATE: 7/16/06

| QTY. | PARTS DESCRIPTION | PRICE | DESCRIPTION OF WORK |
|------|-------------------|-------|---------------------|
|      |                   |       | Check Furnace       |
|      |                   |       | Check A/C           |
|      |                   |       | Both in good operating condition |
|      |                   |       | Checked - 9:27 A.M. |

NOTE: Filter needs to be replaced

PAYMENTS DUE 30 DAYS PLEASE

LABOR CHARGES: 1 HRS. @ $85.00 = $85.00

TOTAL: $85.00

ENVIRONMENT CHECK LIST

TOTAL P.01