Case 2:07-cv-01928-RDP Document 9-5 Filed 12/03/07 Page 1 of 1

FILED
2007 Dec-03 PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

U011131

**AIR REPAIR, LLC**
893 ALLISON-BONNETT MEMORIAL DRIVE
HUEYTOWN, AL 35023
Phone 744-1263

CHECK LIST

○ AIR FILTERS
○ ELECTRICAL COMP'TS.
○ FAN AND MOTOR
○ CONDENSATION AREAS
○ CONDENSER COIL
○ HEATING ASSEMBLY
○ REFRIGERANT
○ THERMOSTAT

V.C. 3574

DATE ORDERED 7-6-07

Redesville $55