07/24/2007 07:07 2059492229 DANNYROMINE PAGE 11/15
Case 2:07-cv-01928-RDP Document 9-6 Filed 12/03/07 Page 1 of 1
FILED
2007 Dec-03 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SEWELL SERVICE CO., INC.**
P.O. BOX 94311
BIRMINGHAM, AL 35220-4311
(205) 680-5066

American Standard

Grady
7/17/07
SCHEDULED 7/17/07
PHONE 568-3792

NAME: Laura Faught
STREET: 6924 Mountain View Drive
CITY: Pinson  STATE: AL  ZIP: 35126

☐ WARRANTY  ☑ NORMAL
☐ CONTRACTOR  ☐ RESIDENTIAL
☐ SERV. CONTRACT  ☐ COMMERCIAL

Estimate – Check Existing 3 ton Rudd System – Age 31 years – System Has Compressor Failure Due to Age – Compressor Shorted Internally

Recommend Replacement of Entire System

PAYMENTS DUE 30 DAYS PLEASE

TOTAL AMOUNT DUE: N/C

X Laura Faught  AUTHORIZED SIGNATURE
DATE: 7/17/07