

**AMERICAN HOME SHIELD®**

The right choice in home warranties.

# History of American Home Shield.

A little over 35 years ago, American Home Shield founded a unique concept for providing home warranty protection on major residential systems and appliances.

Homeowners received the idea well, and today American Home Shield is America's home warranty company. Servicing 49 states and 1.2 million homeowners, AHS is the nation's most trusted and largest home warranty company with the most comprehensive home warranty plans available.

The ServiceMaster Company (NYSE: SVM) purchased AHS in 1989. SVM is a worldwide provider of commercial and residential home service companies including ServiceMaster Clean, TruGreen ChemLawn, Terminix and Merry Maids. With the investments and resources of ServiceMaster, American Home Shield continues to lead the home warranty industry, setting new standards for customer service and the scope of warranty coverage.

Headquartered in Memphis, Tennessee, American Home Shield administers four state-of-the-art service center locations (Memphis, TN; Carroll, IA; Santa Rosa, CA and LaGrange, GA) offering customers total accessibility to request service 24 hours a day, 7 days a week. With one of the largest nationwide networks of local and pre-screened service contractors, American Home Shield is ready to respond when customers are not.

P03102006U04062006

© 2006 American Home Shield Corporation and its licensed subsidiaries.
All rights reserved. Privacy Policy | Contact Us | Sitemap



A ServiceMASTER Company