FILED
2008 Jun-30 PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT, et al, plaintiffs | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME SHIELD CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**REPORT PURSUANT TO PARAGRAPH 10 OF THE
CLASS CERTIFICATION SCHEDULING ORDER**

Pursuant to Paragraph 10 of the Court's Class Certification Scheduling Order entered on May 8, 2008, the parties inform the Court that they have met face-to-face to discuss whether mediation or some other form of alternative dispute resolution is appropriate. Plaintiffs have directed document and deposition discovery to defendant seeking information relevant to the mediation issue, and those documents will be produced on or before depositions on July 15, 2008. The parties ask the Court to allow the parties until July 18, 2008, to submit a final recommendation to the Court concerning the advisability of mediation or some other form of alternative dispute resolution.

This report was prepared and filed by counsel for plaintiffs with the express agreement and consent of counsel for defendant.

/s/ John E. Norris
John E. Norris (ASB-4011-R74J)
One of the Attorneys for Plaintiffs

OF COUNSEL:
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue
Birmingham, Alabama 35205
(205) 930-9900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing report was served via the Court's electronic filing system on this the 30th day of June, 2008, directed to the following counsel of record:

Michael D. McKibben
Michael R. Pennington
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Robert R. Gasaway
Kirkland & Ellis, LLP
655 15th Street N.W.
Washington, D.C.  20005

/s/ John E. Norris
Of Counsel