IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME SHIELD CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 2:07-CV-1928-RDP ) ) ) ) ) |

## MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, plaintiffs Steven and Laura Faught ("plaintiffs" or "the Faughts") move the Court for an order certifying a nationwide class action, as to monetary relief only for the breach of contract claims asserted in the complaint. The Class definition is as follows:

> All persons in the United States of America who entered into an a AHS home warranty relating to a home located within one of the fifty states of the United States with an initial commencement date of on or after January 1, 2001, and who during the initial contract term had one or more claims for repair or replacement of a covered component denied based on the claimed reason that the component was not properly cleaned or maintained.

This motion is based upon the pleadings and the accompanying Memorandum of Law and Evidentiary Submissions filed contemporaneously herewith.

WHEREFORE, the premises considered, plaintiffs pray for an order:

1. Certifying the breach of contract claims for monetary damages as a nationwide class pursuant to Rule 23(b)(3);

2. Appointing D. Frank Davis as class counsel pursuant to Rule 23(g);

3. Authorizing notice to the class members in a form to be hereafter approved by the Court; and

4. Such further or different relief as the Court may deem appropriate.

                              /s/ D. Frank Davis
                              D. Frank Davis
                              Lead Plaintiff Counsel

Of Counsel:
John E. Norris
Wesley B. Barnett
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
(205) 930-9900
Email:  fdavis@davisnorris.com
       jnorris@davisnorris.com
       wbarnett@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record was served by filing with the Court's electronic filing system on this the 11th day of September, 2008:

Michael D. McKibben
Michael R. Pennington
Jason A. Walters

                              *Attorneys for Defendant*
                          *American Home Shield Corporation*

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mmckibben@bradleyarant.com
mpennington@bradleyarant.com
jwalters@bradleyarant.com

Robert R Gasaway
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200          *Attorneys for Defendant*
Washington, DC 20005                          *American Home Shield Corporation*
202-879-5175
202-879-5200 (fax)
rgasaway@kirkland.com

Martin R Boles
KIRKLAND & ELLIS LLP
777 S Figueroa Street, 37th Floor             *Attorneys for Defendant*
Los Angeles, CA 90017                         *American Home Shield Corporation*
213-680-8428
213-680-8500 (fax)
mboles@kirkland.com

                                         /s/ D. Frank Davis
                                         OF COUNSEL