IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN HOME SHIELD CORPORATION,

    Defendant.

Case No.: 2:07-CV-1928-RDP

## EVIDENTIARY SUBMISSIONS IN SUPPORT OF CLASS CERTIFICATION

Plaintiffs respectfully present the following evidentiary submissions in support of their Motion for Class Certification:

Tab A – Affidavit of Steven Faught

Tab B – Recommendations for HVAC Maintenance

Tab C – Affidavit of D. Frank Davis

Tab D – Defendant's Response to Interrogatory and Attached Documents

Tab E – Deposition of Yuri Yanishevski

Tab F – Deposition of Joe Charno

Tab G – Deposition of Mattew Wendl

Tab H – Deposition of Julie Cameron

/s/ D. Frank Davis
D. Frank Davis
Lead Plaintiff Counsel

Of Counsel:
John E. Norris
Wesley B. Barnett
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
(205) 930-9900
Email:  fdavis@davisnorris.com
          jnorris@davisnorris.com
          wbarnett@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record was served by filing with the Court's electronic filing system on this the 11th day of September, 2008:

| | |
|---|---|
| Michael D. McKibben<br>Michael R. Pennington<br>Jason A. Walters<br>BRADLEY ARANT ROSE & WHITE LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 521-8000<br>Facsimile: (205) 521-8800<br>mmckibben@bradleyarant.com<br>mpennington@bradleyarant.com<br>jwalters@bradleyarant.com | *Attorneys for Defendant*<br>*American Home Shield Corporation* |
| Robert R Gasaway<br>KIRKLAND & ELLIS LLP | *Attorneys for Defendant*<br>*American Home Shield Corporation* |

655 Fifteenth Street NW, Suite 1200
Washington, DC 20005
202-879-5175
202-879-5200 (fax)
rgasaway@kirkland.com

Martin R Boles
KIRKLAND & ELLIS LLP
777 S Figueroa Street, 37th Floor          *Attorneys for Defendant*
Los Angeles, CA 90017                      *American Home Shield Corporation*
213-680-8428
213-680-8500 (fax)
mboles@kirkland.com

                                    /s/ D. Frank Davis
                                    OF COUNSEL