# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAURA FAUGHT; STEVEN FAUGHT**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN HOME SHIELD CORPORATION,**<br><br>Defendant. | Case No.: **2:07-CV-1928-RDP** |

## ORDER

With consent of all parties, Plaintiffs' Renewed Motion for Class Certification (Doc. #27) and Renewed Motion to Amend Class Certification Scheduling Order (Doc. #28) are hereby **WITHDRAWN** by Plaintiffs.

The parties are **DIRECTED** to submit a joint status report regarding the status of settlement within **thirty (30) days** from the entry date of this Order.

**DONE** and **ORDERED** this ____10th____ day of November, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE