# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>Defendant. | Case No. CV-07-P-1928-S |

## NOTICE OF SETTLEMENT OF CLASS ACTION

Plaintiffs Laura Faught and Steven Faught, and Defendant American Home Shield Corporation, hereby give the Court notice that they have settled this action and will shortly present their settlement to the Court for its consideration on a Motion for Preliminary Approval of the Settlement. While all terms as regards relief to the settlement class and to the named plaintiffs have been finalized, the parties state to the Court that they have not heretofore negotiated the issue of attorneys' fees in this settlement.

/s John E. Norris
John E. Norris
One of the Attorneys for Plaintiffs

OF COUNSEL:

DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-9900

/s John E. Goodman
John E. Goodman
One of the Attorneys for Defendant

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000