FILED
2009 Oct-27 PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

F I L E D
Clerk of the Superior Court
DEC 3 1 2008
By: S. WEAVER, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KARON AND L.B. CHIP EDLESON, On Behalf of Themselves and All Others Similarly Situated, ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., AMERICAN HOME SHIELD CORPORATION, THE SERVICE MASTER COMPANY AND DOES 1-20, ,<br><br>Defendants. | CASE NO. 37-2007-00071725-CU-BT-CTL<br><br>[~~PROPOSED~~] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE<br><br>JUDGE: The Hon. Steven R. Denton<br>DEPT. 73<br>Action Filed: 07/24/07 |

WHEREAS, a putative nationwide class action, captioned Karon and L.B. Chip Edleson, on behalf of themselves and all others similarly situated, v. American Home Shield of California, Inc., American Home Shield Corporation, and Does 1 20, No. 37 2007 00071725 CU BT CTL (Superior Court of California, County of San Diego, Steven R. Denton, or his successor, presiding (the "Court")) (the "Action"), is pending before the Court;

WHEREAS, the parties having made application for an order approving the Settlement of this Action, in accordance with the Stipulation of Settlement dated as of September 30, 2008 (the "Agreement"), which, together with the Exhibits thereto, collectively included as Exhibit 1 hereto, sets forth the terms and conditions for a proposed Settlement of the Action and for dismissal of the

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

1. Action with prejudice upon the terms and conditions set forth therein; and the Court having read and considered the Agreement and the Exhibits thereto; and

WHEREAS, all capitalized terms used but not defined herein shall have the respective meanings ascribed them in the Agreement.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Pursuant to § 382 of the California Code of Civil Procedure, the Court preliminarily certifies, for purposes of effectuating the Settlement only, a Class consisting of all Persons in the United States who purchased or were issued any Home Warranty Contract during the Class Period. Excluded from the Class are Defendants, their parents, subsidiaries, affiliates, officers, directors, and employees; Judge Steven R. Denton; and any member of the family of any judge who has jurisdiction over this matter now or in the future.

2. With respect to the Class, this Court preliminarily finds and concludes that: (a) the Class Members are so numerous that joinder of all Class Members in the Action is impracticable; (b) there are questions of law and fact common to the Class which predominate over any individual questions; (c) claims of the Named Plaintiffs are typical of the claims of the Class; (d) the Named Plaintiffs and Class Counsel have fairly and adequately represented and protected the interests of all Class Members; and (e) a class action is superior to other methods for the fair and efficient adjudication of the Action.

3. This Court preliminarily approves the Agreement and the Settlement set forth therein, subject to further consideration at the Fairness Hearing described below.

4. This Court appoints Plaintiffs Karon and L.B. Chip Edleson as Class Representatives.

5. This Court appoints Johnson Bottini LLP and Chapin Wheeler LLP as Class Counsel, and Francis A. Bottini, Jr. of Johnson Bottini LLP as Lead Class Counsel.

6. The Fairness Hearing shall be held before this Court on 4/24/09, at 10:30 a.m./p.m., at the Superior Court of California, County of San Diego, 220 West Broadway, San Diego, CA 92101, to determine whether the Settlement of the Action on the terms and conditions provided for in the Agreement is fair, reasonable, and adequate to the Settlement Class

-2-
[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

1  12.  Any Settlement Class Member who wishes to present a written objection to the Agreement may do so in accordance with the procedures outlined in the Class Notice appended to this Order as Exhibit 2. If the Court grants final approval of the Agreement and enters the Final Judgment, all Settlement Class Members who have not submitted a written objection to the Agreement in accordance with the procedures outlined in the Class Notice shall be deemed to have waived their right to object and shall forever be foreclosed from making any objection to the fairness or adequacy of the Settlement unless otherwise ordered by the Court.

13.  Any Settlement Class Member may appear at the Fairness Hearing, at their own expense, individually or through counsel of their own choice. If they do not enter an appearance, they will be represented by Class Counsel. Any Settlement Class Member who wishes to appear individually at the Fairness Hearing must give notice of his or her intent to appear, in accordance with the procedures outlined in the Agreement and disclosed in the Class Notice. If the Court grants final approval of the Agreement and enters the Final Judgment, all Settlement Class Members who have not given notice of their intent to appear individually in accordance with the procedures outlined in the Agreement and disclosed in the Class Notice shall be deemed to have waived their right to participate at the Fairness Hearing and shall be foreclosed from individually participating at the Fairness Hearing unless otherwise ordered by the Court.

14.  All written objections of any kind, including memoranda or briefs, in opposition to the Settlement shall be filed and served no later than __25__ calendar days prior to the Fairness Hearing.

15.  Plaintiffs' fee application shall be filed and served no later than __14__ calendar days prior to the Fairness Hearing.

16.  All papers including memoranda or briefs in support of the Settlement shall be filed and served no later than __7__ calendar days prior to the Fairness Hearing.

17.  Neither the Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Action, or of any liability, fault, or wrongdoing of any kind.

1  12. Any Settlement Class Member who wishes to present a written objection to the Agreement may do so in accordance with the procedures outlined in the Class Notice appended to this Order as Exhibit 2. If the Court grants final approval of the Agreement and enters the Final Judgment, all Settlement Class Members who have not submitted a written objection to the Agreement in accordance with the procedures outlined in the Class Notice shall be deemed to have waived their right to object and shall forever be foreclosed from making any objection to the fairness or adequacy of the Settlement unless otherwise ordered by the Court.

13. Any Settlement Class Member may appear at the Fairness Hearing, at their own expense, individually or through counsel of their own choice. If they do not enter an appearance, they will be represented by Class Counsel. Any Settlement Class Member who wishes to appear individually at the Fairness Hearing must give notice of his or her intent to appear, in accordance with the procedures outlined in the Agreement and disclosed in the Class Notice. If the Court grants final approval of the Agreement and enters the Final Judgment, all Settlement Class Members who have not given notice of their intent to appear individually in accordance with the procedures outlined in the Agreement and disclosed in the Class Notice shall be deemed to have waived their right to participate at the Fairness Hearing and shall be foreclosed from individually participating at the Fairness Hearing unless otherwise ordered by the Court.

14. All written objections of any kind, including memoranda or briefs, in opposition to the Settlement shall be filed and served no later than __25__ calendar days prior to the Fairness Hearing.

15. Plaintiffs' fee application shall be filed and served no later than __14__ calendar days prior to the Fairness Hearing.

16. All papers including memoranda or briefs in support of the Settlement shall be filed and served no later than __7__ calendar days prior to the Fairness Hearing.

17. Neither the Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Action, or of any liability, fault, or wrongdoing of any kind.

-4-
[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

18. This Court reserves the right to adjourn the date of the Fairness Hearing without further notice to the Class Members, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by counsel for Defendants and Class Counsel, without further notice to the Class.

IT IS SO ORDERED.

*This Approval is ordered subject to modification of the Notice to Class At Paragraph V. B. (Page 9, Line 18) to provide "....Warranty claim on any legal basis not precluded by LAW."*

DATED: 12/31/08

Hon. Steven R. Denton

-5-
[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE