FILED
2009 Oct-27  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
## CENTRAL

### MINUTE ORDER

Date: 07/08/2009                     Time: 11:00:00 AM          Dept: C-70

Judicial Officer Presiding: Judge Jay M. Bloom
Clerk: Lynn Rockwell

Bailiff/Court Attendant:
ERM: Not Reported

Case Init. Date: 07/24/2007

Case No: 37-2007-00071725-CU-BT-CTL          Case Title: Edleson vs. American Home Shield of California, Inc

Case Category: Civil - Unlimited             Case Type: Business Tort

---

Event Type: Motion Hearing (Civil)

Causal Document & Date Filed:

---

**Appearances:**

The Court, having taken the above-entitled matter under submission on 07/02/2009 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

**THE MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLMENT IS DENIED.** ALL EVIDENTIARY OBJECTIONS ARE OVERRULED.

The motion for final approval of the class action settlement is denied. While the court respects the views of Justice Wiener and learned counsel in this case, the court cannot justify approval of the settlement. Plaintiffs, other than the two lead plaintiffs, really get nothing more than a right to submit or resubmit claims to a defendant that has allegedly not acted in good faith on prior occasions. There are no guarantees claims will now be accepted or properly serviced, or that if improperly denied, plaintiffs have any realistic remedy. They may have the right to sue in the future, but that is subject to the applicable statute of limitations in each jurisdiction in the United States. The court has no information as to what the applicable limitations are or what other limits may exist to preclude filing of a lawsuit.

The settlement also allows defendant to essentially sell more insurance to plaintiffs at an unspecified price. This allows defendant to make additional money from the settlement rather than paying it out to plaintiffs. The contractor relations initiative also does not provide plaintiffs with any realistic guarantees. The entire settlement essentially asks plaintiffs to give up many viable and realistic rights in return for the hope that defendant will act in good faith. Without more concrete guarantees, plaintiffs, other than the lead plaintiffs, have gotten very little in return for a waiver of claims against defendant. In the face of this illusory result for plaintiffs, counsel receive $2.75 million and defendants substantially limit their liability for past conduct. The court cannot accept this result. Any settlement must give the plaintiff class some tangible benefits or an unfettered right to bring legal claims against defendant.

**Plaintiffs' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES is DENIED.**

---

Date: 07/08/2009                     MINUTE ORDER                          Page: I
Dept: C-70                                                          Calendar No.: 14

Case 2:07-cv-01928-RDP   Document 39-6   Filed 10/27/09   Page 3 of 5

It is so ordered.

Jay M. Bloom

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

Central
330 West Broadway
San Diego, CA 92101

**SHORT TITLE:** Edleson vs. American Home Shield of California, Inc

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**37-2007-00071725-CU-BT-CTL** |

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at <u>San Diego</u>, California, on <u>07/09/2009</u>.

08

Clerk of the Court, by: L. Rockwell _____ , Deputy

Edward Chapin
550 WEST C STREET, SUITE 2000
SAN DIEGO, CA 92101

Robert M. Stone
Sidley Austin LLP
555 W 5th St
Los Angeles, CA 90013

DAVID J NOONAN
Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300
SAN DIEGO, CA 92101

Richard L Stone
Hogan & Hartson LLP
1999 Avenue of the stars Ste 1400
Los Angeles CA 90067

Robert R. Gasaway, I
Kirkland & Ellis, LLP
655 15th Street
Washington, DC 20005

Francis A Bottini
Johnson Bottini LLP
655 West Broadway # 1400
San Diego, CA 92101

Joel S. Feldman, Rachel B. Niewoehner,
and Julie M. Weber
Sidley Austin LLP
one South Dearborn st.
Chicago IL 60603

☐ Additional names and address attached.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814<br>☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ FAMILY COURT, 1555 6TH AVE, SAN DIEGO, CA 92101-3294<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☐ KEARNY MESA BRANCH, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649<br>☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792<br>☐ JUVENILE COURT, 325 S. MELROSE DR., VISTA, CA 92083-6634 | FOR COURT USE ONLY<br><br>**F I L E D**<br>Clerk of the Superior Court<br>JUL 0 8 2009<br>By: L. ROCKWELL, Deputy |
|---|---|
| PLAINTIFF(S)/PETITIONER(S)<br>EDLESON | |
| DEFENDANT(S)/RESPONDENT(S)<br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., et al. | JUDGE:   Jay M. Bloom<br>DEPT:   70 |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL**<br>(CCP 1013a(4)) | CASE NUMBER<br>2007-71725 |

I, certify that: I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):

Ruling on Plaintiff's Motion for Final Approval of Class Action Settlement

on the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:   ☒ San Diego   ☐ Vista   ☐ El Cajon   ☐ Chula Vista   ☐ Ramona, California.

<u>NAME & ADDRESS</u>

Jeffrey L. Weinstein, Esq.
Jeffrey L. Weinstein, P.C.
518 East Tyler Street
Athens, Texas 75751

Katherine Winn, Esq.
Law Office of Katherine Winn
2635 Camino Del Rio South, Suite 110
San Diego, California 92108

John W. Davis,
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA 92101

<u>NAME & ADDRESS</u>

Daniel Brown, Esq.
Law Offices of Daniel Brown
131 Lawnview Circle
Danville, California 94526-5107

J. Garrett Kendrick, Esq.
C. Benjamin Nutley, Esq.
Kendrick & Nutley
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106

**CLERK OF THE SUPERIOR COURT**

Date: July 8, 2009       by _____, Deputy
L. Rockwell

SDSC CIV-286(Rev. 12-02)       CLERK'S CERTIFICATE OF SERVICE BY MAIL