10-09-09 12:46pm From-Kirby Noonan Lance & Hoge LLP 6192314360 T-252 P.002/007 F-927

Case 2:07-cv-01928-RDP Document 40-2 Filed 10/29/09 Page 1 of 7

FILED
2009-Oct-29 PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

1 David J. Noonan (State Bar No. 55966)
   dnoonan@knlh.com
2 Lauren E. Butz (246668)
   lbutz@knlh.com
3 **KIRBY NOONAN LANCE & HOGE LLP**
   350 Tenth Avenue, Suite 1300
4 San Diego, California 92101-3387
   Telephone: (619) 231-8666
5 Facsimile: (619) 231-9593

6

7 Joel S. Feldman (*pro hac vice*)
   jfeldman@sidley.com
8 Rachel B. Niewoehner (*pro hac vice*)
   rniewoehner@sidley.com
9 **SIDLEY AUSTIN LLP**
   One South Dearborn
10 Chicago, Illinois 60657
    Telephone: (312) 853-7000
11 Facsimile: (312) 853-7036

12 Attorneys for Defendants American Home Shield of California, Inc. and
        American Home Shield Corporation
13

14

15 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

16 **FOR THE COUNTY OF SAN DIEGO**

17

| | |
|---|---|
| KARON AND L.B. CHIP EDLESON, On Behalf of Themselves and All Others Similarly Situated, ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., AMERICAN HOME SHIELD CORPORATION, THE SERVICE MASTER COMPANY AND DOES 1-20, ,<br><br>Defendants. | CASE NO. 37-2007-00071725-CU-BT-CTL<br><br>**NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT**<br><br>Judge: The Honorable Jay M. Bloom<br>Dept. 70<br>Action Filed: 07/24/07 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants American Home Shield of California, Inc. and

1  American Home Shield Corporation hereby terminate the Stipulation of Settlement entered into by
2  Defendants and Named Plaintiffs Karen and L.B. Chip Edleson on or around September 30,
3  2008. This notice of termination of Settlement is given pursuant to Section 11.2 of the Stipulation
4  of Settlement.

5  DATED: October 9, 2009          KIRBY NOONAN LANCE & HOGE LLP

           By: _____
               David J. Noonan
               Lauren E. Butz
               Attorneys for Defendants
               American Home Shield of California, Inc. and
               American Home Shield Corporation

## PROOF OF SERVICE

Edleson vs. American Home Shield, et al.    Case No. 37-2007-00071725-CU-BT-CTL

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On October 9, 2009, at San Diego, California, I served the following document(s) described as **NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT** on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as stated on the attached service list, which reflects the address last given by each such addressee on any document filed in the action and served on this office.

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I am readily familiar with our business practice for collecting, processing and mailing correspondence and pleadings with the United States Postal Service. Such correspondence and pleadings are deposited with the United States Postal Service on the same day that they are placed for mailing in the ordinary course of business. I sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address marreola@knlh.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2009, at San Diego, California.

Maria L. Arreola

KNLH\654089.1

-3-

NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

# SERVICE LIST
## Edleson v American Home Shield
### Case No. 37-2007-71725-CU-BT-CTL

| | |
|---|---|
| Francis A. Bottini, Jr.<br>Frank J. Johnson<br>Brett M. Weaver<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 233-5535 | Attorneys for Plaintiffs |
| Edward D. Chapin, Esq.<br>Jill S. Houlahan, Esq.<br>Jennifer M. Chapman, Esq.<br>CHAPIN WHEELER, LLP<br>550 West "C" Street, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 241-4810<br>Facsimile: (619) 955-5318 | Attorneys for Plaintiffs |

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

KNLH\654089.1

-4-

NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

# PROOF OF SERVICE

DATE:
TIME:
DEPT:
TRIAL DATE:
JUDGE:

Case No. 37-2007-00071725-CU-BT-CTL

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On October 9, 2009, at San Diego, California, I served the following document(s) described as **NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT** on the parties in said action as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY FACSIMILE:** I served the above document(s) on the parties in said action by sending a true copy thereof via facsimile from facsimile number . The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth on the attached service list, which reflects the facsimile machine telephone number last given by that person on any document which he or she has filed in the action and served on this office. The transmission was reported as complete and without error, and the transmission report attached hereto was properly issued by the transmitting facsimile machine. (C.C.P. § 1013(e) and C.R.C. § 2008)

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2009, at San Diego, California.

_____
Maria L. Arreola

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

KNLH\654089.1

-5-
NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

**SERVICE LIST**
**Edleson v American Home Shield**
Case No. 37-2007-71725-CU-BT-CTL

| | |
|---|---|
| Francis A. Bottini, Jr.<br>Frank J. Johnson<br>Brett M. Weaver<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 233-5535 | Attorneys for Plaintiffs |
| Edward D. Chapin, Esq.<br>Jill S. Houlahan, Esq.<br>Jennifer M. Chapman, Esq.<br>CHAPIN WHEELER, LLP<br>550 West "C" Street, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 241-4810<br>Facsimile: (619) 955-5318 | Attorneys for Plaintiffs |

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

KNLH\654089.1

-6-
NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

# Kirby Noonan Lance & Hoge LLP

ATTORNEYS AT LAW
350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700
Telephone (619) 231-8666   Facsimile (619) 231-9593   www.knlh.com

DAVID J. NOONAN
Partner
Writer's Direct Dial: 619.557.4403   Writer's E-Mail: dnoonan@knlh.com

## FACSIMILE TRANSMISSION

| TO: | | FACSIMILE NO. | TELEPHONE NO. |
|---|---|---|---|
| | Francis A. Bottini, Esq.<br>Johnson Bottini, LLP | 619.233.5535 | 619.230.0063 |
| | Edward D. Chapin, Esq.<br>Chapin Wheeler, LLP | 619.955.5318 | 619.241.4810 |

FROM:       David J. Noonan
            KIRBY NOONAN LANCE & HOGE LLP
            Fax No.: (619) 231-9593

DATE:       October 9, 2009

PAGES:      7

Copies:     To Follow via U.S. Mail

COMMENTS:   Please see attached.

SHOULD YOU HAVE QUESTIONS CONCERNING THIS TRANSMISSION,
PLEASE CALL MARIA L. ARREOLA AT (619) 231-8666

**NOTICE OF ATTORNEY-CLIENT PRIVILEGE**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND ANY ACCOMPANYING DOCUMENTS IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND/OR THE ATTORNEY WORK PRODUCT RULE AND IS CONFIDENTIAL BUSINESS INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS COMMUNICATION TO ANYONE OTHER THAN THE ADDRESSEE BY ANY MEANS WHATSOEVER IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CONTACT IMMEDIATELY BY TELEPHONE, AND RETURN ALL DOCUMENTS RECEIVED TO US BY MAIL, AT OUR EXPENSE. THANK YOU.

KNLH\654339.1