FILED

2010 Jan-25  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | ) ) ) ) |
|    Plaintiffs, | )CIVIL ACTION CV-07-P-1928-S |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME SHIELD CORPORATION, | ) ) |
| | ) |
|    Defendant. | ) |

## MOTION OF PLAINTIFFS FOR INCENTIVE PAYMENTS AND MOTION OF CLASS COUNSEL FOR AN AWARD OF ATTORNEYS' FEES

Plaintiffs Laura and Steven Faught hereby move for an order awarding them $5,000 apiece paid by AHS as an incentive award for their efforts as class representatives.  Class Counsel Davis & Norris LLP also move for an award of $1.5 million in attorneys' fees to be paid by AHS, as well as 25% of the amounts paid to class members in connection with this case.  This motion is based upon the pleadings and discovery on file as well as upon the Memorandum of Law and Evidentiary Submissions filed contemporaneously herewith.

_____/s John E. Norris_____
Class Counsel and Attorney for
Laura and Steven Faught

Of Counsel:
D. Frank Davis
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
Voice: 205.930.9900
Fax: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served on all counsel of record via the Court's electronic filing system on this the 25th day of January, 2010.

_____/s John E. Norris_____
Of Counsel