IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION CV-07-P-1928-S<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EVIDENTIARY SUBMISSIONS IN SUPPORT OF MOTION OF PLAINTIFFS FOR INCENTIVE PAYMENTS AND MOTION OF CLASS COUNSEL FOR AN AWARD OF ATTORNEYS' FEES**

Plaintiffs Laura and Steven and Class Counsel hereby submit the following Exhibits in support of their motion for incentive payments and attorneys' fees filed contemporaneously herewith:

    A.    Declaration of D. Frank Davis.

    B.    Declaration of George M. Van Tassel, Jr.

    C.    Stipulation of Settlement

    D.    Stipulation of Settlement in <u>Edleson v. American Home Shield of California</u>

    E.    Order of the Superior Court of San Diego County dated July 10, 2009 in <u>Edleson v. American Home Shield of California</u>

    F.    Declaration of John E. Norris

    G.      Declaration of John E. Goodman

    H.      Declaration of Peter Burke

    I.       Joint Declaration of Laura and Steven Faught

                                        ___/s John E. Norris_____
                                        Class Counsel and Attorney for
                                        Laura and Steven Faught

Of Counsel:
D. Frank Davis
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
Voice: 205.930.9900
Fax: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have caused a copy of the foregoing to be served on all counsel of record via the Court's electronic filing system on this the 25th day of January, 2010.

                                        ____/s John E. Norris_____
                                        Of Counsel