FILED
2010 Feb-08 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2010 FEB -8 PM 3:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 07-CV-1928-RDP |
| vs. | )<br>) Honorable R. David Proctor |
| AMERICAN HOME SHIELD CORPORATION, | )<br>)<br>) |
| Defendants. | ) |

## OBJECTION OF VIVIAN F. JOHNSON TO CLASS ACTION SETTLEMENT

I, Vivian F. Johnson, object to the settlement in this case for the reasons described in my accompanying brief. In support of my objection, I submit the following information:

**Current mailing address:**
3900 Buchner Ln.
North Las Vegas, NV 89032

**Address covered by warranty:**
3900 Buchner Ln.
North Las Vegas, NV 89032

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

*/s/ Brett M. Weaver*

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Vivian F. Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2010 FEB -8 P 2:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 07-CV-1928-RDP |
| ) | |
| vs. ) | Honorable R. David Proctor |
| ) | |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) ) | |
| Defendants. ) | |

## OBJECTION OF JANET TZENDZALIAN TO CLASS ACTION SETTLEMENT

I, Janet Tzendzalian, object to the settlement in this case for the reasons described in my accompanying brief. In support of my objection, I submit the following information:

**Current mailing address:**
7879 Embarcadero Ave.
Las Vegas, NV 89129

**Address covered by warranty:**
7879 Embarcadero Ave.
Las Vegas, NV 89129

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Janet Tzendzalian

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2010 FEB -8 P 2:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 07-CV-1928-RDP |
| vs. ) ) | Honorable R. David Proctor |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) | |
| Defendants. ) | |

## OBJECTION OF ROSALYN URBANEK TO CLASS ACTION SETTLEMENT

I, Rosalyn Urbanek, object to the settlement in this case for the reasons described in my accompanying brief. In support of my objection, I submit the following information:

**Current mailing address:**
8S171 Route 59
Naperville, IL 60540

**Address covered by warranty:**
8S171 Route 59
Naperville, IL 60540

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Rosalyn Urbanek

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2010 FEB -8 P 2:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 07-CV-1928-RDP |
| ) | |
| vs. ) | Honorable R. David Proctor |
| ) | |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) | |
| Defendants. ) | |

### OBJECTION OF MERLYN D. LIND TO CLASS ACTION SETTLEMENT

I, Merlyn D. Lind, object to the settlement in this case for the reasons described in my accompanying brief. In support of my objection, I submit the following information:

**Current mailing address:**
145 W. Lakeshore Dr.
Cherokee Village, AR 72529

**Address covered by warranty:**
224 E. Lakeshore Dr.
Cherokee Village, AR 72529

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Merlyn D. Lind

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FILED
2010 FEB -8 P 2:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 07-CV-1928-RDP |
| vs. ) ) | Honorable R. David Proctor |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) ) | |
| Defendants. ) | |

## OBJECTION OF DONALD P. LEACH TO CLASS ACTION SETTLEMENT

I, Donald P. Leach, object to the settlement in this case for the reasons described in my accompanying brief. In support of my objection, I submit the following information:

**Current mailing address:**
420 Spring Cress
West Chicago, IL 60185

**Address covered by warranty:**
603 Back Nine Drive
Venice, FL 34285

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Donald P. Leach

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2010 FEB -8 P 2:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07-CV-1928-RDP ) |
| vs. | ) Honorable R. David Proctor ) |
| AMERICAN HOME SHIELD CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## OBJECTION OF ROBERT W. SHEPARD AND LUZ A. SHEPARD TO CLASS ACTION SETTLEMENT

We, Robert A. Shepard and Luz A. Shepard, object to the settlement in this case for the reasons described in our accompanying brief. In support of our objection, we submit the following information:

**Current mailing address:**
4720 Pomono Ave.
La Mesa, CA 91941

**Address covered by warranty:**
1516 E. Seneca St.
Tucson, AZ 85719

Dated: February 8, 2010

Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER

Brett M. Weaver
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Attorneys For Robert And Luz Shepard

Karon Edleson & L.B. Chip Edleson
15112 Huntington Gate Drive
Poway, California 92064

January 21, 2010

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203

      Re:   Exclusion Request in *Faught v. American Home Shield Corp.*,
             Case No. 2:07-CV-1928-RDP (N.D. Ala.)

Dear Clerk of Court:

     We, Karon and L.B. Chip Edleson, are putative class members in this action because we are holders of an American Home Shield Corporation home warranty contract (No. 42642181) covering our residence at 15112 Huntington Gate Drive, Poway, California 92064, which is also our current mailing address.

     In compliance with the requirements set forth in the Notice of Class Action and Settlement dated December 18, 2009, we request exclusion from the settlement in this action.

     If you have any questions or need any further information, please contact my attorney, Francis A. Bottini, Jr., at:

                      Johnson Bottini, LLP
                      501 West Broadway, Suite 1720
                      San Diego, California 92101
                      Telephone: (619) 230-0063
                      Facsimile: (619) 238-0622

Very truly yours,

*/s/ Karon Edleson*              */s/ L.B. Chip Edleson*
Karon Edleson                  L.B. Chip Edleson

cc (by facsimile and certified mail return receipt requested):

| | |
|---|---|
| D. Frank Davis, Esq. | John E. Goodman, Esq. |
| John E. Norris, Esq. | Bradley Arant Boult Cummings LLP |
| Davis & Norris LLP | One Federal Place |
| 2154 Highland Avenue South | 1819 Fifth Avenue North |
| Birmingham, Alabama 35205 | Birmingham, Alabama 35203 |
| Facsimile: (800) 439-0240 | Facsimile: (205) 521-8800 |