Daniel Brown, State Bar #158025
LAW OFFICES OF DANIEL BROWN
131 Lawnview Circle
Danville CA 94526-5107
Telephone:   925-548-4620
Facsimile:   925-837-7375

Attorney for Objector JOHN HOWE

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KARON and L.B. CHIP EDLESON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., AMERICAN HOME SHIELD CORPORATION, AND DOES 1-20,<br><br>    Defendants. | Case No. 37-2007-00071725-CU-BT-CTL<br><br>**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**<br><br>Date:   April 24, 2009<br>Time:  10:30 a.m. Pacific Time<br>Dept.:  73<br>Assigned to: Judge Steven R. Denton |

**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**

JOHN HOWE, an Objector in the above-styled cause, states as follows:

(i)   My name is JOHN HOWE.

(ii)   My mailing address is 2525 NW 21st Avenue, Gainesville, Florida 32605.

(iii)   The address of the home covered by an AHS Home Warranty Contract is:

2525 NW 21st Avenue, Gainesville, Florida 32605, with contract number 85199141.

-1-

(iv)   A complete explanation of my reasons for objecting to the settlement are set forth in the foregoing Objections and Notice of Intent to Appear.

(v)   I have no additional papers, materials or briefs in support of my written objections.

(vi)   _____     3/30/2009
JOHN HOWE                                                      Date

UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT

EXHIBIT A