FILED
2010 Feb-08 PM 06:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

Daniel Brown, State Bar #158025
LAW OFFICES OF DANIEL BROWN
131 Lawnview Circle
Danville CA 94526-5107
Telephone:    925-548-4620
Facsimile:    925-837-7375

Attorney for Objector JENNY HILL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KARON and L.B. CHIP EDLESON, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., AMERICAN HOME SHIELD CORPORATION, AND DOES 1-20,<br><br>      Defendants. | Case No. 37-2007-00071725-CU-BT-CTL<br><br>**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**<br><br>Date:   April 24, 2009<br>Time:  10:30 a.m. Pacific Time<br>Dept.:  73<br>Assigned to: Judge Steven R. Denton |

**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**

JENNY HILL, an Objector in the above-styled cause, states as follows:

(i)     My name is JENNY HILL.

(ii)    My mailing address is 1645 NW 31st Place, Gainesville, Florida 32605.

(iii)   The address of the home covered by an AHS Home Warranty Contract is:

1645 NW 31st Place, Gainesville, Florida 32605, with contract number 71282751.

-1-

EXHIBIT B

1

(iv)    A complete explanation of my reasons for objecting to the settlement are set forth

2

in the foregoing Objections and Notice of Intent to Appear.

3

(v)    I have no additional papers, materials or briefs in support of my written

4

5    objections.

6

(vi)   _Jennifer Hill_____          _3/30/09_

7       JENNY HILL                                            Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT
EXHIBIT  B