Daniel Brown, State Bar #158025
LAW OFFICES OF DANIEL BROWN
131 Lawnview Circle
Danville CA 94526-5107
Telephone:   925-548-4620
Facsimile:   925-837-7375

Attorney for Objector JENNIFER DEACHIN

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KARON and L.B. CHIP EDLESON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME SHIELD OF CALIFORNIA, INC., AMERICAN HOME SHIELD CORPORATION, AND DOES 1-20,<br><br>    Defendants. | Case No. 37-2007-00071725-CU-BT-CTL<br><br>**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**<br><br>Date:   April 24, 2009<br>Time:  10:30 a.m. Pacific Time<br>Dept.:  73<br>Assigned to: Judge Steven R. Denton |

**UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT**

JENNIFER DEACHIN, an Objector in the above-styled cause, states as follows:

(i)    My name is JENNIFER DEACHIN.

(ii)   My mailing address is 4932 SW 19th Street, Gainesville, Florida 32608.

(iii)  The address of the home covered by an AHS Home Warranty Contract 4932 SW 19th Street, Gainesville, Florida 32608, and the contract number is: 81542361.

(iv)   A complete explanation of my reasons for objecting to the settlement are set forth in the foregoing Objections and Notice of Intent to Appear.

(v)   I have no additional papers, materials or briefs in support of my written objections.

(vi)   _____          3/30/09
       NAME                                    Date

-2-

UNSWORN DECLARATION OF CLASS MEMBER INFORMATION
AS REQUIRED BY NOTICE OF CLASS ACTION AND SETTLEMENT

EXHIBIT C