# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 2:07-CV-1928-RDP |
| ) | |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) | |
| Defendant. ) | |

## DEFENDANT AMERICAN HOME SHIELD CORPORATION'S NOTICE OF COMPLETION OF CLASS NOTICE

Notice is hereby given that defendant American Home Shield Corporation provided notice to the class herein of the settlement in this case by mailings on or prior to December 17, 2009, as more fully explained in the appended Declaration of Becky Geelan.

/s/ John E. Goodman
One of the Attorneys for Defendant
American Home Shield Corporation

1

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    D. Frank Davis, Esq.
    John E. Norris, Esq.
    Wesley W. Barnett, Esq.
    Davis & Norris LLP
    2154 Highland Avenue
    Birmingham, AL 35205
    fdavis@davisnorris.com
    jnorris@davisnorris.com
    wbarnett@davisnorris.com
    *Attorneys for Plaintiffs: Laura Faught and Steven Faught*

    Lea Bone, Esq.
    Bates & Bone LLP
    2154 Highland Avenue
    Birmingham, AL 35205
    lbone@batesbone.com
    *Attorney for Plaintiffs: Laura Faught and Steven Faught*

    Kirkland E. Reid, Esq.
    Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
    Post Office Box 46
    Mobile, Alabama 36601
    kreid@joneswalker.com

*Attorney for L.B. Chip Edleson and Karon Edleson*

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101
john@johnwdavis.com
*Attorney for Intervenors: John Chapon and Miriam Chapon*
R. Stephen Griffis
R. Stephen Griffis PC
2100 Riverhaven Drive, Suite 1
Hoover, AL 35244-2532
rsglaw@bellsouth.net
*Attorney for Intervenors: John Chapon and Miriam Chapon*

Charles M. Thompson
Charles M. Thompson PC
5615 Canongate Lane
Birmingham, AL 35242
mchapmanlaw@bellsouth.net
*Attorney for Intervenor: Charles M. Thompson*

Kearney D. Hutsler
Hutsler Law Firm
2700 Highway 280, Suite 320W
Birmingham, AL 35223
kdhlaw@hutslerlawfirm.com
*Attorney for Objectors: Connie Pentz, John Pentz, Sharon Lee, Thomas Arrington and Todd Pettitt*

and I hereby certify that I have served by facsimile and U.S. Mail the document to the following non-CM/ECF participants:

Francis A. Bottini, Jr., Esq.
Brett M. Weaver, Esq.
JOHNSON BOTTINI, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

3

*Attorneys for Karon Edleson and L.B. Chip Edleson;*
*Objectors: Vivian F. Johnson, Janet Tzendzalian, Rosalyn Urbanek, Merlyn D. Ling, Donald P. Leach, Robert W. Shepard, and Luz A. Shepard*

David J. Worley, Esq.
Page Perry LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: (770) 673-0047
Facsimile: (770) 673-0120
*Attorney for Karon and L.B. Chip Edleson*

Edward D. Chapman, Esq.
CHAPIN WHEELER LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318
*Attorney for Karon and L.B. Chip Edleson*

Frank H. Tomlinson, Esq.
15 North 21st Street, Suite 302
Birmingham, AL 35203
Telephone: (205) 326-6626
Facsimile: (205) 328-2889
*Attorney for Objectors: John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams f/k/a Sabrina Habib, and Janet K. Wood*

/s/ John E. Goodman
John E. Goodman