FILED

2010 Feb-23  AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURA FAUGHT; STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | } } } } | |
| Plaintiffs, | } } | |
| v. | } } | Case No: 2:07-CV-1928-RDP |
| AMERICAN HOME SHIELD CORPORATION, | } } } | |
| Defendant. | } } | |

**MOTION TO INTERVENE ON BEHALF OF CLASS MEMBERS JOHN HOWE, JENNY HILL, JENNIFER DEACHIN, MICHAEL MCKERLEY, KENNETH R. BEHREND, PAMELA BEHREND, JEFF WILLIAMS, SABRINA WILLIAMS, and JANET K. WOOD**

COME NOW Class Members John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams, and Janet K. Wood ("Objectors") and respectfully move to intervene in this matter pursuant to FED. R. CIV. P. 24(a) and (b). Pursuant to FED. R. CIV. P. 24(c), Objectors incorporate their Preliminary Objections heretofore filed in this matter (Doc.74, Doc. 75, and Doc. 76) setting out their claims upon which intervention is sought.

In the interests of judicial economy, Objectors incorporate and adopt herein all the reasons for intervention as set forth in Objecting Class Member Charles M.

Thompson's Motion to Intervene. (Doc. 82).  Like Mr. Thompson's Motion to Intervene, this motion is limited to intervention for purposes of appellate standing. This Court has granted Mr. Thompson's Motion to Intervene. (Doc. 84).

WHEREFORE, Objectors respectfully request that their Motion to Intervene be granted as of right, or, alternatively, through permissive intervention, and grant such further relief as is just.

/s/Frank H. Tomlinson

Frank H. Tomlinson
AL Bar No. ASB-7042-T66F
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL  35203
Telephone:  (205) 326-6626
Facsimile:  (205) 328-2889
htomlinson@bellsouth.net

*Attorney for John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams, and Janet K. Wood ("Objectors")*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing, and service via CM/ECF has been made upon all parties who have entered appearances in this case by electronic means, this 23rd day of February, 2010.

s/Frank H. Tomlinson
Frank H. Tomlinson