

## IN THE UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | )CIVIL ACTION CV-07-P-1928-S |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME SHIELD CORPORATION, | ) <br> ) |
| | ) |
| Defendant. | ) |

## EVIDENTIARY SUBMISSIONS IN SUPPORT OF MEMORANDUM IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Laura and Steven and Class Counsel hereby submit the following Exhibits in support of their motion for incentive payments and attorneys' fees filed contemporaneously herewith:

A.    Declaration of Tyler C. Vail Relating to Post Submission Suits.

B.    Declaration of D. Frank Davis Relating to Work by Attorneys.

C.    Declaration of D. Frank Davis in Response to Objection by the State of Texas

D.    Declaration of Edgar C. Gentle, III.

_____/s John E. Norris_____
Class Counsel and Attorney for
Laura and Steven Faught

Of Counsel:
D. Frank Davis
Davis & Norris LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
Voice: 205.930.9900
Fax: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have caused a copy of the foregoing to be served on all counsel of record via electronic mail. I further certify that I have filed a copy with the Court's electronic filing system on this the 26th day of February, 2010 which will provide copies to the following:

John E. Goodman
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL. 35203
jgoodman@babc.com

Kirkland E. Reid
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
Post Office Box 46
Mobile, AL. 36601
kreid@joneswalker.com

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101
john@johnwdavis.com

R. Stephen Griffis
R. Stephen Griffis PC
2100 Riverhaven Drive, Suite 1

Hoover, AL 35244
rsglaw@bellsouth.net

Charles Thompson
Charles M. Thompson PC
5615 Canongate Lane
Birmingham, AL 35242
Mchapmanlaw@bellsouth.net

Kearney D. Hutsler
Hutsler Law Firm
2700 Highway 280, Suite 320W
Birmingham, AL 35223
kdhlaw@hutslerlawfirm.com

And I hereby certify that I have served by U.S. Mail the document to the following non-CM/ECF participants:

Francis A. Bottini, Jr.
Brett Weaver
JOHNSON BOTTINI, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101
frankb@johnsonbottini.com
brett@johnsonbottini.com

David J. Worley
Page Perry LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30338
dworley@pageperry.com

Edward D. Chapin
CHAPIN WHEELER LLP
550 West "C" Street, Suite 2000
San Diego, CA 92101
echapin@cfslawfirm.com

Frank Tomlinson

15 North 21st Street, Suite 302
Birmingham, AL 35203
htomlinson@bellsouth.net

_____/s John E. Norris_____
Of Counsel

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No.: 2:07-CV-1928-RDP** |
| **v.** | ) ) ) | |
| **AMERICAN HOME SHIELD CORPORATION,** | ) ) ) | |
| **Defendant.** | | |

## DECLARATION OF TYLER C. VAIL
## RELATING TO POST SUBMISSION SUITS

My name is Tyler C. Vail, and pursuant to 28 U.S.C. §1746 (2), I state as follows:

1.      I have spoken with lawyers from all over the country who are willing to handle class members' post submission law suits based on the penalty and attorney's fees provisions contained in the *Faught* settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th day of February, 2010:

Tyler C. Vail

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.: 2:07-CV-1928-RDP |
| v. | ) ) | |
| AMERICAN HOME SHIELD CORPORATION, | ) ) ) | |
| Defendant. | | |

## DECLARATION OF D. FRANK DAVIS
## RELATING TO WORK BY ATTORNEYS

My name is D. Frank Davis, and pursuant to 28 U.S.C. §1746 (2), I state as follows.

1.     In connection with the attorneys' fee petition and request for award of an incentive payment to the class representatives that was filed on January 25, 2010, I have previously provided a sworn declaration describing the work being done by Class Counsel in connection with this case. The following is an update as the activities of Class Counsel in connection with this case.

2.     Prior to the class action notice being mailed, Davis & Norris, LLP arranged for state of the art telephone, email and facsimile systems to be put into place.

3.     The telephone system functioned in such manner that all calls that were not answered by a live person went to voice mail. The voice mail system had for all practical purposes an unlimited capacity, and for all practical purposes, unlimited calls could be received simultaneously. In addition to voice messages, the system captured the caller-ID of each call. The system provided information as to the day and time each call was received. It produced summary charts which were downloaded into usage spreadsheets.

4.     The facsimile system also had, for all practical purposes, unlimited capacity, and for all practical purposes unlimited numbers of faxes could be received simultaneously.

5.     Similarly, we arranged that essentially unlimited e-mails could be received by our server.

6.     Between December 19, 2009 and February 18, 2010, we received approximately 12,727 telephone calls related to the Faught Class Settlement, or an average of 205 calls per calendar day.

7.     We received approximately 1,289 e-mails, and 307 faxes during the same two month time period.

8.     With the exception of a very small percentage of calls, faxes, and e-mails that required no response, every call was answered live or returned, every e-mail received a reply, and every fax received a response. Some necessitated multiple calls or responses.

9.     The personnel who worked exclusively on responses included two attorneys and four legal assistants. One of the legal assistants was Spanish speaking, and primarily responded to Spanish speaking class members. In addition to the lawyers and legal assistants who worked exclusively on the matter, six additional attorneys spent very substantial amounts of time on responses as did four other legal assistants. The efforts in responding to calls, e-mails, and faxes included evenings and weekends.

10.    During the time period between January 1, 2010 and February 12, 2010 the exclusively dedicated attorneys recorded 546 hours, the exclusively dedicated legal assistants recorded 704.5 hours and based on inquiry a reasonable estimate of the other attorneys time working on the case during the same time period is 720 hours and other legal assistants time is 240 hours.

11.     According to the most recent Billing Rates and Practices Survey Report published by Incisive Legal Intelligence, the average billing rate for U.S. attorneys nationwide is $284 per hour.  Using this rate and only $100 per hour for legal assistants, the value of the work being performed by the attorneys for the class since the date of the class notice exceeds $300,000 per month.

12.     After the postcard goes out opening the claims period, we expect that the volume of calls, faxes, and e-mails will go up substantially and then that this higher volume of work will remain steady during the two years the claims desk may remain open.  We expect the length and number of calls to each person will go up significantly.  We reasonably expect that the value of services performed as calculated above will   exceed $300,000 per month, and that considering work before the postcard is mailed, the time period will exceed two years.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the _____26th_____ day of February, 2010:


D. Frank Davis

# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 2:07-CV-1928-RDP |
| v. ) ) | |
| AMERICAN HOME SHIELD CORPORATION, ) ) ) | |
| Defendant. | |

## DECLARATION OF D. FRANK DAVIS
## IN RESPONSE TO OBJECTION BY THE
## STATE OF TEXAS

My name is D. Frank Davis, and pursuant to 28 U.S.C. §1746 (2), I state as follows:

1.     To the extent that footnote 2 of the Preliminary Objections filed by the State of Texas might be read to imply that the Texas Attorney General's office was not aware of the Faught settlement until six days before its objections were filed, the implication would be an error. I personally spoke by telephone with the same attorney who filed Texas' objections on November 19, 2009, more than two and one-half months before the

objections were filed. She informed me on that date that she had already read the settlement.

2. Concerning representation of Terminix by Burr & Forman, LLP, Mr. Norris and I left Burr & Forman, LLP in January, 2003, more than 7 years ago. I have never done any work, either at Burr & Forman, LLP or elsewhere, for Terminix and do not recall them being a Burr & Forman, LLP client.

3. With regard to the <u>Rudd</u> case, the releases given the <u>Faught</u> settlement, are restricted to "event...related to AHS's polices, procedures, and/or practices during the Class Period as alleged in, or reasonably related to those alleged in the action...". See Agreement at 10.1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the ___26th___ day of February, 2010:

D. Frank Davis

# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. CV-07-P-1928-S** |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME SHIELD CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

## DECLARATION OF EDGAR C. GENTLE, III

---

Pursuant to 28 U.S.C. § 1746, I, Edgar C. Gentle, III, declare the following:

1.  I have personal knowledge of the facts alleged herein.

2.  I have considerable experience in administering Mass Tort Settlements. My resume is in Exhibit A.

3.  I have been asked if it is reasonable to allow the Defendant in this case a two year period in which to administer claims, which Class Counsel believes total approximately 1,000,000 in number, or if the Defendant should be given a shorter period of time to do so.

4.  In responding to this question, I have examined the Stipulation of Settlement, which totals approximately 89 pages and which outlines in Section 5.2 on pages 10-19 what I understand to be the duties of the Defendant in administering the Settlement of this case. Based upon a review of this document and my experience with administering Mass Tort Settlements, it is my opinion that two years is a reasonable period to allow the Defendant to complete the administration of this case. It has been my experience that, in administering Mass Tort Settlements, administration usually takes longer than projected, and the Help Desk process outlined for the administration of the Settlement of this case appears to be administratively intensive.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2010.

_____
Edgar C. Gentle, III

## CURRICULUM VITA

| | |
|---|---|
| **Name of Firm**: | Gentle, Turner & Sexton |
| **Name of Attorney**: | Edgar C. Gentle, III, Esq. |
| **Profession**: | Attorney |
| **Date of Birth**: | February 17, 1953 |
| **Years with Firm**: | Nineteen |
| **Nationality**: | U.S.A. |
| **Memberships in Professional Societies**: | Alabama State Bar and various District and Appellate Court Bars |

**Key Qualifications**:

Mr. Gentle has comprehensive experience in serving as a Special Master in Mass Tort Litigation, and providing claims administration and financial and business advice to Mass Tort Settlements and Qualified Settlement Funds. He has a Bachelors of Science Degree from Auburn and a Master of Science Degree from the University of Miami, where he became familiar with the law of the sea and international resource planning issues involving competing nations. Subsequently, he studied law at the University of Oxford in England as a Rhodes Scholar (Auburn's second and Miami's first), obtaining a B.A. in Jurisprudence.

Since 1992, Mr. Gentle has served as Special Master for the MDL 926 Court in the $1.1 billion Baxter, Bristol, and 3M Breast Implant Settlement, providing settlement administration advice to the Court, and financial, business, accounting and tax support for all MDL 926 Qualified Settlement Funds. His Payment Office processes Breast Implant claims for payment on a worldwide basis, with claims exceeding $1.1 billion, and with over 200,000 checks issued. The Presiding Judge in the Breast Implant case was the Honorable Sam Pointer from 1992 to 1999, and the Honorable Edwin Nelson from 2000 to 2002. The Honorable U. W. Clemon has been the Presiding Judge since 2003 and is retiring in January 2009. Mr. Gentle now serves as MDL 926 Winding-Up Special Master, with the case to wind down beginning in 2010.

From the creation of the Settlement Facility - Dow Corning Trust (the Dow Corning breast implant settlement entity) at April 1, 2001 until the end of 2003, Mr. Gentle served as Interim Financial Advisor, overseeing the investment of over $1 billion and providing tax and accounting support during the escrow period prior to the Effective Date of the Dow Corning bankruptcy $2.35 billion plan to pay silicone gel and silicone breast implant claims.

From 2001 to the present, Mr. Gentle has administered a PCB personal injury settlement for 1,600 claimants for Ralph Knowles and Tommy Jacks before the Federal District Court for the Northern District of Alabama.

In 2003 and 2004, Mr. Gentle served as Special Master in the ProteGen Sling and Vesica System Products Liability Litigation (MDL-1387) before the Federal District Court for the Norther District of Maryland. As Special Master, Mr. Gentle served as final arbiter of settlement disputes between the manufacturer, Boston Scientific, and the remaining 50 non-settling plaintiffs who had elected to have their cases settled within the context of the Special Master Program.

Commencing in December 2003, Mr. Gentle was appointed as the Settlement Administrator in the $300 million Tolbert PCB Settlement with Monsanto and Solutia in connection with the administration of a Global Settlement before the Federal District Court for the Northern District of Alabama applicable to approximately 18,000 claimants with respect to PCB contamination of property and PCB personal injury claims. In administering the $300 million settlement, Mr. Gentle has designed the claimant payment program for property damage and personal injury, collected criteria for payment for each of the 18,000 claimants, ranked the claimants for payment amounts, and is in the process of remitting payments to each of the claimants. He also maintains a website in connection with the settlement located at www.tolbertqsf.com, and uses an 800 number, 1-800-345-0837, which fields claimant phone calls. At this time, there have been over 75,000 such calls. Over 70,000 Tolbert claimant checks have been issued by Mr. Gentle's office. Mr. Gentle also provides the Tolbert settlement with accounting, business and tax support. So as to provide a holistic remedy for the Tolbert Claimants, the Settlement includes a medical clinic component, which began operations in June of 2005, and provides primary medical care and prescription drugs to the Claimants, with approximately 5,000 prescriptions being provided per calendar quarter. He has written the attached article on this Settlement, which will be published by the Alabama Law Review in June 2009. Plaintiffs' Counsel's evaluation of Mr. Gentle's administration of this case is contained in the attached letter by the Honorable Jere L. Beasley.

In July 2004, Mr. Gentle was hired as an evaluation expert in the Twin Labs Bankruptcy to categorize, analyze, evaluate and rank the under and/or non-insured Ephedra Tort Claims. His analysis was used to help determine the portion of the Bankruptcy Estate allocated to Tort Claims and to design a payment matrix.

In August and September 2004 Mr. Gentle served as Class Counsel's Fairness Expert in the Settlement of the twin groundwater pollution cases of Samples v. ConAgra and Williams v. ConAgra in the State Circuit Court in Pensacola, Florida. The Settlement totaled approximately $90 million, and Mr. Gentle testified concerning the Fairness of the total Settlement amount, the claimant payment matrix, the legal fees and the medical monitoring program. The Fairness Hearing was held September 23, and the Settlement was approved by the Court.

In February 2008, Mr. Gentle was appointed as Claims Administrator and Special Master in the 8,500 claimant, Spelter, West Virginia Case of Perrine v. DuPont, involving a $380 million

Judgment, with a 40 year medical monitoring, a property remediation and a punitive damages distribution component. Following collaboration with the Parties, Mr. Gentle has prepared Special Master's Reports on these three components of the Case. The Case is on appeal before the Supreme Court of West Virginia.

In August 2008, Mr. Gentle was appointed as Settlement Administrator for the Bullitt County, Kentucky, Train Derailment Settlement in Shepherdsville, Kentucky, outside of Louisville, which has approximately 4,000 claimants. The Fairness Hearing on the Settlement was held on December 15, 2008, and the Final Judgment approving the Settlement is expected shortly.

In October 2008, Mr. Gentle was appointed as Settlement Administrator of the 10,000 claimant settlement of Cam v. CIGNA in the Jefferson County, Alabama, Circuit Court, which was approved at the Fairness Hearing on January 23, 2009.

**Education**:

| Class Rank | School |
|---|---|
| 4 | J.D., University of Alabama School of Law 1981 (Hugo Black Scholarship) |
| Middle | M.A., Jurisprudence, Oxford University 1980 (Rhodes Scholarship) |
| Middle | B.A., Honours Jurisprudence, Oxford University 1979 (Rhodes Scholarship) |
| 1 | M.S., Summa Cum Laude, University of Miami 1977 (Maytag Fellowship [washing machines]) |
| 1 | B.S., Summa Cum Laude, Auburn University 1975 (Danforth Scholarship [Purina]) |

**Employment Record**:

| | |
|---|---|
| June 1992 - Present | Gentle, Turner & Sexton<br>Birmingham, Alabama |
| September 1991 - June 1992 | Miller, Hamilton, Snider & Odom<br>Manager of Birmingham, Alabama Office |

| January 1987 - September 1991 | Schoel, Ogle, Benton, Gentle & Centeno<br>Birmingham, Alabama |
|---|---|
| December 1985 - January 1987 | Law Offices of James L. North<br>Birmingham, Alabama |
| June 1983 - December 1985 | AT&T<br>Senior Staff Attorney<br>Atlanta, Georgia |
| May 1981 - June 1983 | North, Haskell, Slaughter, Young & Lewis<br>Birmingham, Alabama |

**Languages:**

|  | **Speaking** | **Reading** | **Writing** |
|---|---|---|---|
| English | Mother Tongue | Mother Tongue | Mother Tongue |
| French | ~~~~~ | Fair | ~~~~~ |

**Contact Information:**

**Website: www.gptlaw.com**

E-mail address: escrowagen@aol.com

Website: gptlaw.com

Telephone number: 205-716-3000

Fax number: 205-716-3010

**References**

The Honorable U. W. Clemon
Retired Federal District Court Judge
WHITE ARNOLD ANDREWS & DOWD P.C.
2025 3rd Avenue North
Suite 600
Birmingham, Alabama 35203
(205) 323-1888

The Honorable Thomas A. Bedell
Presiding Judge in Perrine DuPont
Circuit Court Judge of Harrison County, West Virginia
Harrison County Courthouse
301 West Main Street, Room 321
Clarksburg, West Virginia 26301
(304) 624-8593


Claims Administrator Jean M. Eliason
MDL 926 Settlement Fund Claims Office
500 Jefferson, Suite 1800
Houston, Texas 77002
(713) 982-7881

J. Mark White, Esq.
Attorney for Monsanto and Solutia
in the Tolbert Settlement
White Arnold Andrews & Dowd
2025 3rd Avenue North, Suite 600
Birmingham, AL 35203
(205) 323-1888

Robert B. Roden, Esq.
Attorney for Plaintiffs in the
Tolbert Settlement
Shelby, Roden & Cartee
2956 Rhodes Circle
Birmingham, Alabama 35205
(205) 933-8383

Stanley M. Chesley, Esq.
Plaintiffs' Steering Committee Co-Chairman
in MDL 926
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267

Richard M. Eittreim, Esq.
Counsel for Bristol and Defendants'
Liaison Counsel in MDL 926
McCarter & English

5

100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Francis H. Hare, Jr., Esq.
MDL 926 Plaintiffs' Liaison Counsel
2221 Brookshire Place
Birmingham, AL 35213
(205) 879-9803

John S. Phillips, Esq.
Counsel for DuPont in <u>Perrine v. DuPont</u>
Bartlitt Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
(303) 592-3199

J. Keith Givens, Esq.
Class Counsel in <u>Perrine v. DuPont</u>
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 927
Dothan, Alabama 36302
(334) 793-1555

## CURRICULUM VITA

| | |
|---|---|
| **Name of Firm:** | Gentle, Turner & Sexton |
| **Name of Attorney:** | Edgar C. Gentle, III, Esq. |
| **Profession:** | Attorney |
| **Date of Birth:** | February 17, 1953 |
| **Years with Firm:** | Twenty |
| **Nationality:** | U.S.A. |
| **Memberships in Professional Societies:** | Alabama State Bar and various District and Appellate Court Bars |

### Key Qualifications:

Mr. Gentle has comprehensive experience in serving as a Special Master in Mass Tort Litigation, and providing claims administration and financial and business advice to Mass Tort Settlements and Qualified Settlement Funds. He has a Bachelors of Science Degree from Auburn and a Master of Science Degree from the University of Miami, where he became familiar with the law of the sea and international resource planning issues involving competing nations. Subsequently, he studied law at the University of Oxford in England as a Rhodes Scholar (Auburn's second and Miami's first), obtaining a B.A. in Jurisprudence.

Since 1992, Mr. Gentle has served as Special Master for the MDL 926 Court in the $1.1 billion Baxter, Bristol, and 3M Breast Implant Settlement, providing settlement administration advice to the Court, and financial, business, accounting and tax support for all MDL 926 Qualified Settlement Funds. His Payment Office processes Breast Implant claims for payment on a worldwide basis, with claims exceeding $1.1 billion, and with over 200,000 checks issued. The Presiding Judge in the Breast Implant case was the Honorable Sam Pointer from 1992 to 1999, and the Honorable Edwin Nelson from 2000 to 2002. The Honorable U. W. Clemon has been the Presiding Judge since 2003 and is retiring in January 2009. Mr. Gentle now serves as MDL 926 Winding-Up Special Master, with the case to wind down beginning in 2010.

From the creation of the Settlement Facility - Dow Corning Trust (the Dow Corning breast implant settlement entity) at April 1, 2001 until the end of 2003, Mr. Gentle served as Interim Financial Advisor, overseeing the investment of over $1 billion and providing tax and accounting support during the escrow period prior to the Effective Date of the Dow Corning bankruptcy $2.35 billion plan to pay silicone gel and silicone breast implant claims.

From 2001 to the present, Mr. Gentle has administered a PCB personal injury settlement for 1,600 claimants for Ralph Knowles and Tommy Jacks before the Federal District Court for the Northern District of Alabama.

In 2003 and 2004, Mr. Gentle served as Special Master in the ProteGen Sling and Vesica System Products Liability Litigation (MDL-1387) before the Federal District Court for the Norther District of Maryland. As Special Master, Mr. Gentle served as final arbiter of settlement disputes between the manufacturer, Boston Scientific, and the remaining 50 non-settling plaintiffs who had elected to have their cases settled within the context of the Special Master Program.

Commencing in December 2003, Mr. Gentle was appointed as the Settlement Administrator in the $300 million Tolbert PCB Settlement with Monsanto and Solutia in connection with the administration of a Global Settlement before the Federal District Court for the Northern District of Alabama applicable to approximately 18,000 claimants with respect to PCB contamination of property and PCB personal injury claims. In administering the $300 million settlement, Mr. Gentle has designed the claimant payment program for property damage and personal injury, collected criteria for payment for each of the 18,000 claimants, ranked the claimants for payment amounts, and is in the process of remitting payments to each of the claimants. He also maintains a website in connection with the settlement located at www.tolbertqsf.com, and uses an 800 number, 1-800-345-0837, which fields claimant phone calls. At this time, there have been over 75,000 such calls. Over 70,000 Tolbert claimant checks have been issued by Mr. Gentle's office. Mr. Gentle also provides the Tolbert settlement with accounting, business and tax support. So as to provide a holistic remedy for the Tolbert Claimants, the Settlement includes a medical clinic component, which began operations in June of 2005, and provides primary medical care and prescription drugs to the Claimants, with approximately 5,000 prescriptions being provided per calendar quarter. He has written the attached article on this Settlement, which will be published by the Alabama Law Review in June 2009. Plaintiffs' Counsel's evaluation of Mr. Gentle's administration of this case is contained in the attached letter by the Honorable Jere L. Beasley.

In July 2004, Mr. Gentle was hired as an evaluation expert in the Twin Labs Bankruptcy to categorize, analyze, evaluate and rank the under and/or non-insured Ephedra Tort Claims. His analysis was used to help determine the portion of the Bankruptcy Estate allocated to Tort Claims and to design a payment matrix.

In August and September 2004 Mr. Gentle served as Class Counsel's Fairness Expert in the Settlement of the twin groundwater pollution cases of Samples v. ConAgra and Williams v. ConAgra in the State Circuit Court in Pensacola, Florida. The Settlement totaled approximately $90 million, and Mr. Gentle testified concerning the Fairness of the total Settlement amount, the claimant payment matrix, the legal fees and the medical monitoring program. The Fairness Hearing was held September 23, and the Settlement was approved by the Court.

In February 2008, Mr. Gentle was appointed as Claims Administrator and Special Master in the 8,500 claimant, Spelter, West Virginia Case of Perrine v. DuPont, involving a $380 million

Judgment, with a 40 year medical monitoring, a property remediation and a punitive damages distribution component. Following collaboration with the Parties, Mr. Gentle has prepared Special Master's Reports on these three components of the Case. The Case is on appeal before the Supreme Court of West Virginia.

In August 2008, Mr. Gentle was appointed as Settlement Administrator for the Bullitt County, Kentucky, Train Derailment Settlement in Shepherdsville, Kentucky, outside of Louisville, which has approximately 4,000 claimants. The Fairness Hearing on the Settlement was held on December 15, 2008, and the Final Judgment approving the Settlement is expected shortly.

In October 2008, Mr. Gentle was appointed as Settlement Administrator of the 10,000 claimant settlement of Cam v. CIGNA in the Jefferson County, Alabama, Circuit Court, which was approved at the Fairness Hearing on January 23, 2009.

In December 2009, Mr. Gentle was appointed Claims Administrator for the approximately $50 Million Judgment concerning 130,000 class claimants to the Jefferson County, Alabama, business license and occupation taxes, in the Circuit Court of Jefferson County, Alabama. The Judgment is on appeal.

In February 2010, Mr. Gentle was appointed Settlement Administrator respecting a potential settlement of Wayne v. Pharmacia, before the Circuit Court of Jefferson County, Alabama, and involving 3,000 individual plaintiffs and respecting alleged PCB personal injuries. The case is still unresolved.

**Education**:

| Class Rank | School |
|---|---|
| 4 | J.D., University of Alabama School of Law 1981 (Hugo Black Scholarship) |
| Middle | M.A., Jurisprudence, Oxford University 1980 (Rhodes Scholarship) |
| Middle | B.A., Honours Jurisprudence, Oxford University 1979 (Rhodes Scholarship) |
| 1 | M.S., Summa Cum Laude, University of Miami 1977 (Maytag Fellowship [washing machines]) |
| 1 | B.S., Summa Cum Laude, Auburn University 1975 (Danforth Scholarship [Purina]) |

**Employment Record**:

| | |
|---|---|
| June 1992 - Present | Gentle, Turner & Sexton<br>Birmingham, Alabama |
| September 1991 - June 1992 | Miller, Hamilton, Snider & Odom<br>Manager of Birmingham, Alabama Office |
| January 1987 - September 1991 | Schoel, Ogle, Benton, Gentle & Centeno<br>Birmingham, Alabama |
| December 1985 - January 1987 | Law Offices of James L. North<br>Birmingham, Alabama |
| June 1983 - December 1985 | AT&T<br>Senior Staff Attorney<br>Atlanta, Georgia |
| May 1981 - June 1983 | North, Haskell, Slaughter, Young & Lewis<br>Birmingham, Alabama |

**Languages:**

| | Speaking | Reading | Writing |
|---|---|---|---|
| English | Mother Tongue | Mother Tongue | Mother Tongue |
| French | ~~~~~ | Fair | ~~~~~ |

**Contact Information:**

**Website: www.gtandslaw.com**

E-mail address: escrowagen@aol.com

Telephone number: 205-716-3000

Fax number: 205-716-3010

**References**

The Honorable U. W. Clemon
Retired Federal District Court Judge
WHITE ARNOLD ANDREWS & DOWD P.C.
2025 3rd Avenue North
Suite 600
Birmingham, Alabama 35203
(205) 323-1888


The Honorable Thomas A. Bedell
Presiding Judge in Perrine DuPont
Circuit Court Judge of Harrison County, West Virginia
Harrison County Courthouse
301 West Main Street, Room 321
Clarksburg, West Virginia 26301
(304) 624-8593


Claims Administrator Jean M. Eliason
MDL 926 Settlement Fund Claims Office
500 Jefferson, Suite 1800
Houston, Texas 77002
(713) 982-7881


J. Mark White, Esq.
Attorney for Monsanto and Solutia
in the Tolbert Settlement
White Arnold Andrews & Dowd
2025 3rd Avenue North, Suite 600
Birmingham, AL 35203
(205) 323-1888


Robert B. Roden, Esq.
Attorney for Plaintiffs in the
Tolbert Settlement
Shelby, Roden & Cartee
2956 Rhodes Circle
Birmingham, Alabama 35205
(205) 933-8383

Stanley M. Chesley, Esq.
Plaintiffs' Steering Committee Co-Chairman
in MDL 926
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267


Richard M. Eittreim, Esq.
Counsel for Bristol and Defendants'
Liaison Counsel in MDL 926
McCarter & English
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444


Francis H. Hare, Jr., Esq.
MDL 926 Plaintiffs' Liaison Counsel
2221 Brookshire Place
Birmingham, AL 35213
(205) 879-9803


John S. Phillips, Esq.
Counsel for DuPont in Perrine v. DuPont
Bartlitt Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
(303) 592-3199


J. Keith Givens, Esq.
Class Counsel in Perrine v. DuPont
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 927
Dothan, Alabama 36302
(334) 793-1555