FILED
 2010 Feb-26  PM 08:14
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:07-CV-1928-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF RACHEL B. NIEWOEHNER

I, Rachel B. Niewoehner, declare as follows:

1. I am an attorney at Sidley Austin LLP ("Sidley"), representing Defendant American Home Shield. I am licensed to practice law in Illinois, and I have been admitted to appear *pro hac vice* in the case captioned above. I submit this declaration in support of the motion for final approval of the settlement in this case. The matters set forth in this declaration are based upon my personal knowledge.

2. On October 19, 2009, pursuant to 28 U.S.C. § 1715, I caused a notice of the class action settlement in the above-captioned case to be served on the appropriate state and federal regulators via Federal Express. None of those notices were returned to me as undeliverable.

3. A true and correct copy of the list of recipients of the notice is attached as Exhibit A to this declaration.

4.  A true and correct copy of the notice that was sent to the Texas Real Estate Commission (without the attachments to that notice) is attached as Exhibit B to this declaration.

I declare under penalty of perjury pursuant to the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge. Executed on February 25th, 2010 at Chicago, Illinois.

*[signature]*

Rachel B. Niewoehner

CH1 5228731v.1



# RECIPIENTS OF CAFA NOTICE

**Alabama**
Jim L. Ridling, Commissioner
Alabama Department of Insurance
201 Monroe Street
Suite 1700
Montgomery, AL 36104

**Alaska**
The Honorable Daniel S. Sullivan
Attorney General of the State of Alaska
Office of the Attorney General
P.O. Box 110300
Diamond Courthouse
Juneau, AK 99811-0300

**Arizona**
Jack Curry
Arizona Department of Insurance
2910 N. 44th Street
Suite 210
Phoenix, AZ 85018-7256

**Arkansas**
Kimberly Johnson
Arkansas Insurance Department
1200 West Third Street
Little Rock, AR 72201-1904

**California**
Patricia Ganzon
California Department of Insurance
45 Fremont Street
24th Floor
San Francisco, CA 94105

**Colorado**
The Honorable John Suthers
Attorney General of the State of Colorado
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

**Connecticut**
The Honorable Richard Blumenthal
Attorney General of the State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06141-0120

**Delaware**
The Honorable Joseph R. "Beau" Biden, III
Attorney General of the State of Delaware
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**District of Columbia**
The Honorable Peter Nickles
Acting Attorney General of the District of Columbia
Office of the Attorney General
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Suite 409
Washington, DC 20009

**Florida**
Laura Jenson
Florida Department of Insurance
200 East Gaines Street
Tallahassee, FL 32399

Bernie Stoffel
Treasurer of the State of Florida
Department of Insurance
200 East Gaines Street
Tallahassee, FL 32399-0331

Verne Ivarson
Florida Department of Insurance
200 East Gaines Street
Tallahassee, FL 32399

George Bolger
Department of Financial Services
Bureau of Specialty Insurers
200 East Gaines Street
Tallahassee, FL 32399-0331

**Georgia**
The Honorable Thurbert E. Baker
Attorney General of the State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

**Hawaii**
Lynn Yano
Hawaii Insurance Division
Department of Commerce and Consumer Affairs
250 S. King Street
Fifth Floor
Honolulu, HI 96813

Albert Yamane
State of Hawaii Insurance Division
Department of Commerce and Consumer Affairs
250 S. King Street
Fifth Floor
Honolulu, HI 96813

**Idaho**
The Honorable Lawrence Wasden
Attorney General of the State of Idaho
Office of Attorney General
700 W. State Street
P.O. Box 83720
Boise, Idaho 83720-0010

**Illinois**
Lynn Bangert
Illinois Department of Insurance
320 W. Washington Street
Springfield, IL 62767

**Indiana**
The Honorable Greg Zoeller
Attorney General of the State of Indiana
Office of the Attorney General
Indiana Government Center South
Fifth Floor
402 West Washington Street
Indianapolis, IN 46204

**Iowa**
Maria Luttrell-Murphy
Iowa Department of Insurance
Iowa Securities Bureau
340 E. Maple
Des Moines, IA 50319-0066

**Kansas**
The Honorable Stephen Six
Attorney General of the State of Kansas
Office of the Attorney General
120 S.W. 10th Avenue
Second Floor
Topeka, KS 66612-1597

**Kentucky**
Janet Klapheke
Kentucky Department of Insurance
215 West Main Street
Frankfort, KY 40602

**Louisiana**
The Honorable James D. "Buddy" Caldwell
Attorney General of the State of Louisiana
Office of the Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-4095

**Maine**
The Honorable Janet T. Mills
Attorney General of the State of Maine
Office of the Attorney General
6 State House Station
Augusta, ME 04333

**Maryland**
The Honorable Douglas F. Gansler
Attorney General of the State of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

**Massachusetts**
Robert Macullar
Division of Insurance
1 South Station
Boston, MA 02110

**Michigan**
Mike Cox
Attorney General of the State of Michigan
Office of the Attorney General
P.O. Box 30212
525 W. Ottawa Street
Lansing, MI 48909-0212

**Minnesota**
Commissioner Glenn Wilson
Minnesota Dept. of Commerce
Policy Analysis/Registration
85 7th Place East
Suite 500
St. Paul, MN 55101-2198

**Mississippi**
The Honorable Jim Hood
Attorney General of the State of Mississippi
Office of the Attorney General
Walter Sillers Building
550 High Street
Suite 1200
Jackson, MS 39201

**Missouri**
The Honorable Chris Koster
Attorney General of the State of Missouri
Office of the Attorney General
Supreme Court Building
207 W. High St.
Jefferson City, MO 65101

**Montana**
The Honorable Steve Bullock
Attorney General of the State of Montana
Montana Department of Justice
Justice Building
215 N. Sanders
Helena, MT 59620-1401

**Nebraska**
The Honorable Jon Bruning
Attorney General of the State of Nebraska
Office of the Attorney General
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

**Nevada**
Marty Krassner
Nevada Department of Business and Industry
Insurance Division
788 Fairview Drive
Suite 300
Carson City, NV 89701-5491

**New Hampshire**
Commissioner Roger A. Sevigny
New Hampshire Department of Insurance
21 South Fruit Street
Suite 14
Concord, NH 03301

**New Jersey**
The Honorable Anne Milgram
Attorney General of the State of New Jersey
Office of the Attorney General
Richard J. Hughes Justice Complex
5 Market Street, CN 080
Trenton, NJ 08625

**New Mexico**
Concha Trujillo
New Mexico Public Regulatory Commission
1120 Paseo de Peralta
Santa Fe, NM 87504-1269

**New York**
Eric R. Dinallo
Superintendent
One Commerce Plaza
Albany, NY 12257

**North Carolina**
The Honorable Roy Cooper
Attorney General of the State of North Carolina
Office of the Attorney General
P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota**
The Honorable Wayne Stenehjem
Attorney General of the State of North Dakota
Office of the Attorney General
State Capitol
600 E. Boulevard Avenue
Bismarck, ND 58505-0040

**Ohio**
The Honorable Richard Cordray
Attorney General of the State of Ohio
Office of the Attorney General
State Office Tower
30 E. Broad Street
Columbus, OH 43266-0410

**Oklahoma**
Commissioner Kim Holland
Office of the Commissioner
2401 NW 23rd, Suite 28
Oklahoma City, OK 73152

**Oregon**
The Honorable John Kroger
Attorney General of the State of Oregon
Office of the Attorney General
Justice Building
1162 Court Street, NE
Salem, OR 97301

**Pennsylvania**
The Honorable Tom Corbett
Attorney General of the Commonwealth of Pennsylvania
Office of the Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

**Rhode Island**
The Honorable Patrick C. Lynch
Attorney General of the State of Rhode Island
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

**South Carolina**
Willie Seawright
South Carolina Department of Insurance
1612 Marion Street
Columbia, SC 29201

**South Dakota**
The Honorable Larry Long
Attorney General of the State of South Dakota
Office of the Attorney General
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501

**Tennessee**
The Honorable Robert E. Cooper, Jr.
Attorney General of the State of Tennessee
Office of the Attorney General and Reporter
500 Charlotte Avenue
Nashville, TN 37243

**Texas**
Beverly Rabenberg
Texas Real Estate Commission
1101 Camino La Costa
Austin, TX 78752

4

**Utah**
Tracy Klausmier
Utah Department of Insurance
State Office Building, Room 3110
Salt Lake City, UT 84114

Linda Trujillo
Utah Department of Insurance
State Office Building., Room 3110
Salt Lake City, UT 84114

**Vermont**
Michael s. Bertrand
Deputy Commissioner
Department of Banking, Insurance,
Securities and Health Care Administration
89 Main Street
Montpelier, VT 05620-3101

**Virginia**
Alfred W. Gross
Commissioner of Insurance
Bureau of Insurance
1300 E. Main Street
Richmond, VA 23219

**Washington**
Kristofer Graap
Washington Insurance Commission
Lacey Financial Plaza Building
Suite 102
420 Golf Club Road
Lacey, WA 98503

Beverly Dyal
State of Washington
Office of the Insurance Commissioner
4224 6th Avenue, SE
Building 5
Lacey, WA 98503

**'West Virginia**
The Honorable Darrell V. McGraw
Attorney General of the State of West Virginia
Office of the Attorney General
State Capitol
1900 Kanawha Boulevard, E.
Charleston, WV 25305

**Wisconsin**
Sean Dilweg
Office of the Commissioner of Insurance
125 South Webster Street
Madison, WI 53703-3474

**Wyoming**
Ms. Mavis Earnshaw
Financial Specialist
State of Wyoming Insurance Department
106 East 6th Avenue
Cheyenne, WY 82002

**Federal Government**
The Honorable Michael B. Mukasey
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001





| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING   LOS ANGELES<br>BRUSSELS   NEW YORK<br>CHICAGO   SAN FRANCISCO<br>DALLAS   SHANGHAI<br>FRANKFURT   SINGAPORE<br>GENEVA   SYDNEY<br>HONG KONG   TOKYO<br>LONDON   WASHINGTON, D.C. |
| mlewoehner@sidley.com<br>(312) 853-7588 | FOUNDED 1866 |

October 19, 2009

**By Federal Express**

Beverly Rabenberg
Texas Real Estate Commission
1101 Camino La Costa
Austin, TX 78752

    Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

Dear Ms. Rabenberg:

    I write to notify you, pursuant to 28 U.S.C. § 1715, that a proposed Class Action Stipulation of Settlement in *Faught v. American Home Shield Corporation*, Case No. CV-07-P-1928-S (N.D. Ala.), was filed on October 9, 2009. The proposed Stipulation of Settlement is intended to fully resolve and settle any and all claims related to the subject matter of the above-named case between a class of plaintiffs, as represented by named plaintiffs Laura Faught and Steven Faught, and defendant American Home Shield Corporation ("AHS"), all as explained more fully in the Stipulation of Settlement.

    Pursuant to 28 U.S.C. § 1715, the following documents are enclosed:

1. *Complaint, Amended Complaint, and Related Materials* (28 U.S.C. § 1715(b)(1))

    Copies of the Complaint and Amended Complaint, each with all exhibits, are attached as Exhibits 1 and 2.

2. *Notice of any Scheduled Judicial Hearing* (28 U.S.C. § 1715(b)(2))

    The Court has not yet scheduled the Fairness Hearing.

3. *Proposed Notification to Class Members* (28 U.S.C. § 1715(b)(3))

    The proposed notice to be provided to class members is Exhibit B to the Stipulation of Settlement, which is included herein as Exhibit 3.



October 19, 2009
Page 2

4. *Proposed Class Action Settlement Agreement* (28 U.S.C. § 1715(b)(4))

   A copy of the executed Stipulation of Settlement, with exhibits, is attached as Exhibit 3.

5. *Any Settlement or Other Agreement* (28 U.S.C. § 1715(b)(5))

   There are no settlements or other agreements between class counsel and counsel for defendant other than the Stipulation of Settlement.

6. *Final Judgment* (28 U.S.C. § 1715(b)(6))

   There has been no final judgment or notice of dismissal. However, the proposed Final Approval Order is Exhibit C to the Stipulation of Settlement, which is included herein as Exhibit 3.

7. *Estimate of Class Members in Each State* (28 U.S.C. § 1715(b)(7)(B))

   It is not feasible to provide a complete list of class members residing in each state who may be encompassed within the proposed settlement. Therefore, a reasonable estimate of the number of class members residing in each State is attached as Exhibit 4.

8. *Judicial Opinions Related to the Settlement* (28 U.S.C. § 1715(b)(8))

   There are no judicial opinions related to the settlement at this time.

Very truly yours,

Rachel B. Niewoehner

Enclosures