FILED
2010 Feb-26  PM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>Defendant. | Case No.: 2:07-CV-1928-RDP |

### DECLARATION OF MARK LEDBETTER

I, Mark Ledbetter, declare as follows:

1. I am an employee of American Home Shield Corporation ("AHS"). My current title is eBusiness Project Manager. The matters set forth in this Declaration are based upon my personal knowledge and my familiarity with certain business records and practices referenced herein.

2. On December 14, 2009, AHS launched a website with the URL www.faughtclassaction.com. That website contains information about the preliminarily-approved Settlement in this case. Specifically, since its inception, the website has included links to, among other things, a copy of the Settlement Agreement, the Preliminary Approval Order, and the Notice of Class Action and Settlement in this case.

3. In addition, since its launch, the website has contained a "Frequently Asked Questions" link. Attached to that link is a document entitled "Faught v. AHS Questions and

Answers." A true and correct copy of the Faught v. AHS Questions and Answers document that is available through the Frequently Asked Questions link on the www.faughtclassaction.com website is attached as an exhibit to this Declaration. The bottom left corner of that document contains a "FINAL 12/10/09" stamp.

4. On January 28, 2010, AHS added links on the website to the Plaintiffs' and Class Counsel's motion for approval of plaintiffs' incentive payment and attorneys fees and brief in support of that motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 26th day of February, 2010, at Memphis, Tennessee.

_____
Mark Ledbetter

# Faught v. AHS
## Questions and Answers

1. **Why did I get this booklet in the mail?** American Home Shield recently reached a proposed settlement in a legal matter affecting all customers who purchased an AHS home warranty between July 24, 2001 and October 19, 2009. You received this notice because you are part of this group of customers. The notice outlines details of the proposed settlement.

2. **How does AHS respond to the claims made in the lawsuit?** We strongly deny the allegations made in the lawsuit. Our business pursues the highest of standards, and we believe these allegations are without merit. However, because of the expense and risk that defending this case would entail, AHS believes it is in the best interest of all parties to settle the case and move forward.

3. **What will I receive as part of the settlement?** The proposed benefits are outlined in the notice you received in the mail.

4. **When and how do I submit a claim?** AHS is not accepting claims submissions right now, but when the time for submitting claims comes, you will be notified. After the settlement is finalized and any appeals have been resolved, AHS will mail postcards to all class members who have not excluded themselves letting them know when and how to submit a claim, and what the deadline is for making their submission. For now, you can click here to review draft submission form. Although this form is subject to change and you cannot use this form to submit a claim at this time, it will help give you an idea of the type of information we will likely request in order to process a claim submission in the future.

5. **I have a specific question about the settlement, who can I talk to?** If you do not find the answer to your question on this website, you may also wish to call the recorded message with general information about the settlement process. If you access these resources and still have questions, you may contact the plaintiffs' attorney. Their contact information is listed in the notice which you received in the mail.

6. **Why can't I talk with someone at AHS about this?** I'm sorry, but this is a legal matter. The settlement outlines the process that we are following.

7. **I don't want to be part of the lawsuit (or I object to the terms of the settlement). What should I do?** As outlined in the notice you received, you will need to submit written notification to the address provided in the notice by February 8, 2010. No action is required of those who wish to be part of the settlement.

8. **When will the settlement be finalized?** The fairness hearing on the proposed settlement is currently set for March 10, 2010. Benefits will not be available until after the Court gives final approval to the settlement and any appeals are resolved.

9. **Is this notice different from the one I received last year?** Yes. Although there are some similarities between the two, the notice you received last year was for a proposed settlement in the Edleson case. That settlement has since been terminated by the court in California and is no longer in effect.

10. **Will the settlement change how AHS operates?** AHS is an innovative company that is committed to ongoing improvement; that will not change. We will reinforce to our contractors the importance of honoring the terms of coverage and other expectations related to our home service contracts. We will continue to evaluate our operations and make adjustments when appropriate. That's just smart business – and it will ensure that our customers receive the quality service they expect and deserve from American Home Shield.