FILED
2010 Feb-26 PM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br>v. )<br><br>AMERICAN HOME SHIELD CORPORATION, )<br><br>Defendant. ) | Case No.: 2:07-CV-1928-RDP |

## DECLARATION OF LINDSAY SINGLETARY

I, Lindsay Singletary, declare as follows:

1. I am a third year law student at Cumberland School of Law at Samford University and a clerk for Bradley Arant Boult Cummings LLP ("BABC"), which represents Defendant American Home Shield Corporation in this case. This declaration is based upon my personal knowledge.

2. On February 24 – 26, 2010, I counted and tallied a total of fifteen hundred and forty-three (1,543) actual and potential exclusion requests. In making this tally, I reviewed both exclusion requests received by BABC, as well as those received by the Clerk of Court for the Northern District of Alabama.

3. By "actual exclusion requests," I mean all requests returned on the Exclusion Request Form, as well as all written communications from class members that specifically requested exclusion but did not use the Exclusion Request Form. There are a total of fifteen hundred and six (1,506) actual exclusion requests.

4. By "potential exclusion requests," I mean all written communications received, not on the Exclusion Request Form, that made no statement indicating a desire to be excluded or included. There are a total of thirty-seven (37) potential exclusion requests.

5. Of the total exclusion requests and other written communications received, approximately thirty (30) were received by the Clerk of Court after the filing deadline of February 8, 2010.

6. Of the exclusion requests, more than ninety (90) expressed positive comments about AHS or its service. A representative sample of such requests is appended hereto.

I declare under penalty of perjury pursuant to the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2010.

_Lindsay Singletary_
Lindsay Singletary

30 Dec 2009

525 Forest LN NE
Cleveland, TN 37312

Clerk of the Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203

RE:  Exclusion Request          Case Number (2:07-CV-1928-RDP)

    Full Name:          Robert P. Debelak Jr.

    Mailing Address:          525 Forest LN NE
                                             Cleveland, TN 37312

    Covered Home Address:          Same

    Attorney contact inf:          n/a

    Statement of Exclusion:          I request exclusion from this class action suit settlement. American Home Shield has honored their contract with me and I find no reason to remain part of this action at this time. Section VI (b) of the flier sent to me did not have the stated form; thus, this letter is sent in compliance with request for exclusion.

    Supporting documents          n/a

Sincerely,

Robert P. Debelak Jr.

cc:  D. Frank Davis                              John E. Goodman
     John E. Norris                              Bradley Arant Boult Cummings LLP
     Davis & Norris LLP                          One Federal Place
     2154 Highland Avenue South                  1819 Fifth Avenue North
     Birmingham, AL 35205                        Birmingham, AL 35203

     American Home Shield
     P.O. Box 849
     Carroll, IA 51401-9901

December 29, 2009

Michelle S. Crawford
11011 Cal Road, Unit 93
Baton Rouge, LA 70809

John E. Goodman
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**RE: Case No. 2:07-CV-1928-RDP**

Clerk of Court:

This is to inform you that the above-mentioned person (Michelle S. Crawford, 11011 Cal Road, Unit 93, Baton Rouge, LA 70809) requests to be excluded from any settlement of the Class Action Suit (No. 2:07-CV-1928-RDP) presently before the United States District Court for the Northern District of Alabama.

I am presently using American Home Shield as my home protection plan at the above named address (11011 Cal Road, Unit 93, Baton Rouge, LA 70809) and I have not had any trouble with them. They have done all work for me in an efficient and courteous manner.

Sincerely,

*Michelle S. Crawford*

Michelle S. Crawford

December 29, 2009

John Goodman & Bradley Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama   35203

To Whom it May Concern:

I am writing in reference of the Class Action Suit against America Home Shield Warrenty Corp, by Laura and Steven Faught. I wish to be Excluded from this Class Action suit. This is an Exclusion. I do not want to be associated with the people in this group.

I have had a contract with AHS since 2006, and I have had excellent

service from them when I needed it.   Again I say to please exclude me.

My name is    Sandra Pool

My address is 1720 Bomi Circle
            Winter Park, Florida   32792    address of home insured

Sandra Pool
1720 Bomi Cir
Winter Park FL  32792

Phone number   407-673-8141

My Contract number is    47116405

Thank You

*Sandra Pool*

Sandra Pool

January 7, 2010

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham AL 35203

Reference case number 2:07-CV-1928-RDP.

The following information is provided to exclude me from the above referenced class action suit against American Home Shield (AHS).

William Everett Rowe
Mailing address: P.O. Box 1249 Spring Branch TX 78070
Property address: 169 Saddle Dr Spring Branch TX 78070

In addition, I would like to point out that I have had nothing but outstanding service when I have had to use my AHS protection package. I have been extremely satisfied with the service that was provided.

Sincerely,

*William E. Rowe*
William E. Rowe

cc: D. Frank Davis
    John E. Goodman

Laura Faught and Steven Faught
Plaintiffs
American Home Shield Corporation
Defendant

Jan. 4, 2010

## Statement of Objections

1. Case # 2-07-CV-1928-(RDP)
2. Margaret R. Perkins (Margaret Reagen Perkins)
3. 7035 Rancho Mirage Court
   Citrus Heights, Ca. 95631
4. 7035 Rancho Mirage Court
   Citrus Heights, Ca. 95631
5. I definitely want to be excluded from this!
6. I have carried this insurance; my husband and I carried it, but he passed away in May, so now it's all up to me. We have always had excellent coverage!! I have no complaints only compliments on this insurance.

I certainly want to be excluded from all such law suits.

Margaret R. Perkins
7035 Rancho Mirage Ct.
Citrus Heights, Ca. 95621

Copy

Michael & Quincy Kelly
CMR 420, Box 1586
APO AE 09063-0016

January 9, 2010

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203

To whom it may concern:

Subject: **Case No. 2:07-CV-1928-RDP Exclusion Request**

Home covered by AHS Home Service Contract:
94-330 Kikiula Way
Mililani, HI 96789

My husband and I request exclusion from the settlement against American Home Shield (AHS). We have used AHS on our homes since 1994 and we find their service to be exemplary. We would like no part in this lawsuit.

Sincerely,

William Michael Kelly                             Quincy Robin Kelly

cc: D. Frank Davis
    John E. Norris
    Davis & Norris LLP
    2154 Highland Avenue South
    Birmingham, Alabama 35205

    John E. Goodman
    Bradley Arant Boult Cummings LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, Alabama 35203

5990 SE 42nd Avenue
Ocala, Florida 34480
December 26, 2009


Clerk of the Court
United States District Court
 For the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203

RE: Case No. 2:07CV1928-RDP
    Written Objections

Ladies and Gentlemen:

This is a second time I have received an invitation to join a class action suit against American Home Shield. It appears my name was chosen because I have been a subscriber to their home warranty service at three different homes I have owned since 1993. Each time a home closing incorporated an AHS service contract.

There were times I definitely questioned whether or not a denial of coverage by AHS was legitimate. After careful review of the fine print of my contract, it was confirmed I was the responsible party for damaged walls (2002), unsafe bathtub (2003), safety valve on a water heater (2002), or repair of a compressor (2004). The rest of the time and without hesitation, AHS always sent reputable service contractors who efficiently and accurately repaired plumbing leaks, new water heater, and many other issues.

I am sending this letter to notify those who wish to include my name in further discussions of a class action lawsuit against AHS that I do not now nor before now see a reason to be included in litigation. My intent is to remain a holder of a service contract with AHS for as long as their service is excellent and affordable.

Sincerely,

Debra and Ronnie Hamed

Sent by facsimile to D. Frank Davis and
        John E. Goodman

Regarding AHS Settlement

To whom it may concern,

In all of my dealings with AHS they have always acted professionally and conscionably. Any contractors that have done work for me as a result of an AHS claim have completed the work satisfactory.

Sincerely,

Justin Fredrickson

MAY-26-2005 12:55P FROM: TO:12055218800 P.1

# Wm. Edward & Wendy B. Freels

January 4, 2010

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203

RE Case Number 2:07-CV-1928-RDP

Dear Sirs:

Recently we received a Notice of Class Action and Settlement (*Laura Faught and Steven Faught v. American Home Shield*). We wish to submit an Exclusion Request per the document. We have no "beef" with American Home Shield regarding their coverage, their response to claims, or their customer service.

We were customers of American Home Shield (AHS) for nearly 3 years in Tennessee (1996-1998) and over 10 years in North Carolina (1999-2009). While we had some issues with the vendors sent our way by AHS we were never given the impression that we were less than highly valued customers. In fact, AHS willingly dropped a particular vendor from our call list. In our experience, AHS is a company which stands by its contract as it promised.

Here is the information required for this Exclusion Request:
- Full names: William Edward Freels and Wendy Ballenger Freels
- Address of covered home: 1385 Apple Cross Court, Kernersville, NC 27284
- AHS Contract Number: 48329535
- Current Mailing address: 576 Chandler Street, Worcester, MA 01602

Please forward this letter to the appropriate person(s) for their records.

Sincerely,

Wm. Edward Freels                    Wendy B. Freels

CC:
American Home Shield, Memphis, TN
D. Frank Davis et al, Birmingham, AL
John E Goodman et al, Birmingham, AL

January 7, 2010

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203

Re: Exclusion Request From AHS Class Action & Settlement
Case No. 2:07CV1928-RDP

Dear Clerk of Court:

My wife and I (Patricia K. and Billie E. Eccles) did have coverage with American Home Shield (AHS) during the years of 2006, 2007 and first half of 2008. The contract number was 26224333. We did have to make two claims on this coverage and on both claims the AHS response was very adequate and as advertised. We are requesting to be excused from this class action settlement suit (Case No. 2:07CV1928-RDP).

Our current address information is as follows. This is also the same address that was covered by AHS coverage.

Billie E. and Patricia K. Eccles
604 Manchester Ct.
McPherson, Kansas 67460

If more information is needed please let me know.

Sincerely,

*Billie E. Eccles*
Billie E. Eccles

cc: D. Frank Davis of Davis & Norris LLP
John E. Norris of Davis & Norris LLP
John E. Goodman of Bradley Arant Boult Cummings LLP
File: AHS Suit Reply 010710

Clerk of Court
U.S. District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203

RE: Notice of Exclusion
Case #2:07-CV-1928-RDP

Dear Sir or Madam:

We request exclusion from this ridiculous class action suit.

Our experience with American Home Shield Corp. has been one that is of standard good business practice.

At times there may have been need for discussion as to solve a problem or as to the selection of a repair service but in every instance we have always arrived at a reasonable and fair solution. In our opinion, American Home Shield Corp. has met their obligations in an ethical honest manner.

We cannot justify your class action suit. If the Faughts have a problem then it should be their problem and not exploited into a class action suit.

We must say that we have found American Home Shield Corp. to be one of ethical business practices!

Sincerely,

*[signature]*

W. Rex & Betty Lou Bell
2731 Wynterhall Rd.
Huntsville, AL 35803
Contract: 33022755
Telephone: 256-882-3733

cc: AHS
    Davis & Norris LLP
    Bradley Arant Boult Cummings LLP

January 25, 2010

WRB:blb

January 16, 2010

Clerk of Court
United States District Court for the Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203

Case Number 2:07-CV-1928-RDP
Alfred and Marie Cottom
1032 Grove Park Lane
Orange Park, FL 32073

Address covered by AHS: 1032 Grove Park Lane
                       Orange Park FL 32073

Exclusion Request

We, Alfred and Marie Cottom, wish to be excluded from the settlement Laura Faught and Steven Faught Plantiffs vs American Home Shield Corporation. We have never been denied repair or replacement service as long as we have been with American Home Shield.

Sincerely,

*Alfred Cottom*
Alfred Cottom

*Marie Cottom*
Marie Cottom

Cc: D. Frank Davis
    John E. Norris
    John E. Goodman ✓

# EXCLUSION REQUEST

TO: Clerk of Court  DATE: 27 DEC 2009
UNITED STATES DISTRICT COURT For The Northern District of Alabama
1729 Fifth Avenue North
Birmingham, Alabama 35203

FROM: Marian V. Burson
390 Dr. Smith Ln. Apt 126
McKenzie, Tn. 38201

SUBJ: Exclusion From CLASS ACTION LAWSUIT Against American Home Shield Corporation, CASE NO. 2:07CV1928-RDP
Address of Residence Previously Insured With American Home Shield Corp.:
1126 Maple St.
Santa Monica, Ca. 90405

It is my express desire to be excluded from subject lawsuit.

While in contract with American Home Shield Corp. they acted in good faith towards me in every dealing that came up. Consequently I have no complaint against them.

Remove my name from this Lawsuit Immediately!

Sincerely,

*Marian V. Burson*
Marian V. Burson

ER:MVB

C.C.
D. Frank Davis                    John E. Goodman
John E. Norris