FILED
2010 Feb-26  PM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,  )<br>)<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>AMERICAN HOME SHIELD  )<br>CORPORATION,  )<br>)<br>**Defendant.**  ) | Case No.: 2:07-CV-1928-RDP |

### DECLARATION OF JOSH SANDERSON

I, Josh Sanderson, declare as follows:

1. I am an employee of American Home Shield Corporation ("AHS"). My current title is Director of Creative Services, and I have held that position for two and a half years. In that position, I am responsible for, among other things, the production of printed marketing materials. The matters set forth in this Declaration are based upon my personal knowledge and my familiarity with certain business records and practices referenced herein.

2. Attached to this Declaration is a true and correct copy of a page of one of AHS's print marketing pieces that was created in 2010. That document lists nationwide average repair and replacement costs for certain home appliances and systems. Those average costs are based on data from a nationwide survey conducted by Decision Analyst, a third party AHS retained to conduct that survey, in 2008.

3. I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge. Executed on this 25th day of February, 2010, at Austin, Texas.

_____
Josh Sanderson

## Listen to what people are saying about an AHS Home Warranty.

"I would certainly recommend AHS to friends and family. I think they're reputable, dependable and they make an effort to honestly deal with problems they've agreed to cover."

— **JoAnn Haws of Portland**

"The AHS Home Warranty saves us a fortune. We've replaced heaters and ACs and AHS has done a terrific job every time. AHS Home Warranties are too good of a value not to take advantage of."

— **Ann of Houston**

## Can you afford **NOT** to have an AHS® Home Warranty?

| COVERED ITEMS | AVERAGE REPAIR COST+ | AVERAGE REPLACEMENT COST+ |
|---|---|---|
| Clothes Dryer | $110 | $449 |
| Clothes Washer | $88 | $509 |
| Dishwasher | $164 | $423 |
| Oven/Range | $162 | $569 |
| Refrigerator | $157 | $985 |
| Air Conditioner | $368 | $2,069 |
| Furnace | $270 | $2,671 |
| Water Heater | $104 | $587 |
| Main Electrical Panel | $131 | $475 |

+ As reported in the survey *A Study of Homeowners' Appliance and Home System Service Experiences*, Decision Analyst (2008) and reprinted with their written permission. Further reproduction is expressly prohibited.

**Remember, your AHS Home Warranty covers the repair or replacement of many system and appliance breakdowns, but not necessarily the entire system or appliance. Please refer to your contract for details.**

**Send in the enrollment form**, call 1-800-211-3397 or visit info.ahs.com/warranty2 **today!**
Call toll free Mon – Fri 7a.m. – 10p.m. CST or Sat – Sun 7a.m. – 8p.m. CST with any questions or to enroll by phone.

WEMW0510