FILED
2010 Feb-26 PM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br>v. )<br><br>AMERICAN HOME SHIELD CORPORATION, )<br><br>Defendant. ) | Case No.: 2:07-CV-1928-RDP |

## DECLARATION OF PETER J. SHAW

I, Peter J. Shaw, declare as follows:

1. I am an attorney at Sidley Austin LLP ("Sidley"), representing Defendant American Home Shield. I am licensed to practice law in Illinois. I submit this declaration in support of the motion for final approval of the settlement in this case. The matters set forth in this declaration are based upon my personal knowledge and investigation.

2. The table below reflects the jurisdictional limits, filing fee information, and rules regarding attorney participation for small claims courts located in ten states in which AHS does business. I gathered the information below by reviewing official court websites and then calling court personnel to verify the accuracy of the information.

| Jurisdiction/Name of Court | Jurisdictional Limits | Filing Fees | Attorneys Permitted |
|---|---|---|---|
| Arizona (Phoenix)/Justice Court of Maricopa County | $2,500 exclusive of interest and costs | $38 for Complaint; $28 for Answer (service may be done through mail or private process server) | No, but may be allowed to participate if all parties agree and file stipulation with court prior to hearing |
| California (Los Angeles)/Los Angeles County Superior Court | $7,500, exclusive of interest and costs, if plaintiff is individual or sole proprietor; $5,000, exclusive of interest and costs, if plaintiff is corporation or business; (Note: certain exceptions if defendant is a guarantor) | Claims for 0-$1,500=$30; $1,500.01-$5,000=$50; $5,000.01-$7,500=$75 ($100 filing fee for person who has filed more than 12 small claims cases within previous 12 months); plus $10 for service on each Defendant | No |
| Florida (Miami)/11th Judicial Circuit of Florida-Miami-Dade County | $5,000 exclusive of interest, costs, and attorneys' fees | Claims for 0-$99.99=$55.00; $100-$500=$80; $500.01-$2,500=$175; $2,500.01-$5,000=$300; plus $10 for summons and $40 for service on each Defendant | Yes |
| Georgia (Atlanta)/State Court of Fulton County (Magistrate Court) | $15,000 exclusive of interest, costs, and attorneys' fees | $49.50 for Complaint; plus $25.00 for service on each Defendant | Yes |
| Maryland (Baltimore County)/District Court of Maryland-Baltimore County (District Court #8) | $5,000 exclusive of interest, costs, and attorneys' fees | $20 for Complaint; $10 for Cross-claim, Counterclaim, or Third-Party Claim; plus $40 for service on each Defendant (but $10 if service mailed by clerk) | Yes |
| Nevada (Las Vegas)/Las Vegas Township Justice Court | $5,000 exclusive of interest, costs, and attorneys' fees | Claims for 0-$1000=$46.00; $1,000.01-$2,500=$66.00; $2,500.01-$5,000=$86.00; service fee is $17 plus $2 for each mile; $33 for Answer | Yes |
| North Carolina (Charlotte)/26th Judicial District of North Carolina-Mecklenburg County | $5,000 exclusive of interest, costs, and attorneys' fees | $70 for Complaint; plus $15 for service on each Defendant | Yes |

| Jurisdiction/Name of Court | Jurisdictional Limits | Filing Fees | Attorneys Permitted |
|---|---|---|---|
| Pennsylvania (Philadelphia)/First Judicial District of Pennsylvania- Philadelphia Municipal Court | $10,000 exclusive of interest, costs, and attorneys' fees | For Defendants located outside of Philadelphia, claims for 0-$2,000=$51 (plus $5.50 indexing fee for each Defendant and $45 service fee for each Defendant located outside Philadelphia); $2,001-$10,000=$73 (same). For Defendants located in Philadelphia, claims for 0-$2,000=$51 (plus $5.50 indexing fee for each Defendant and $27 service fee for each Defendant); $2,001-$10,000=$73 (same). | Yes |
| Texas (Houston)/Harris County Justice Court | $10,000 exclusive of interest, costs, and attorneys' fees | $99 for Complaint (which includes a $65 per Defendant service fee) | Yes |
| Virginia (Fairfax County)/19th Judicial District of Virginia- Fairfax County General District Court | $5,000 exclusive of interest and costs | Claims for 0-$200=$36; $200.01-$5,000=$41; plus $12 for service on each Defendant | No, unless representation solely for purpose of removing or appealing case from small claims court |

I declare under penalty of perjury pursuant to the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge. Executed on February 25, 2010 at Chicago, Illinois.

_____
Peter J. Shaw