FILED

2010 Feb-26  PM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

-----Original Message-----
**From:** David Beck
**Sent:** Tuesday, October 20, 2009 2:29 PM
**To:** 'Paul Carmona'
**Subject:**

Paul, I wanted to update you on the status of the *Faught* class action pending in Alabama. As I mentioned during our September 22 meeting, the parties in *Faught* negotiated the terms of a Stipulation of Settlement, which includes carve-out language that pertains to the Texas Attorney General's claims. The settlement was preliminarily approved this morning by Judge David Proctor of the United States District Court for the Northern District of Alabama.

Attached is a copy of Judge Proctor's Order with the Stipulation of Settlement for your review. The carve-out language can be found at paragraph 10.5 of the Stipulation of Settlement. My understanding is that the fairness hearing is currently scheduled for March 10, 2010, with objections to the settlement due February 8, 2010, and notice of intent to appear at the fairness hearing filing due February 17, 2010.

Please let me know if you have any questions.  David

David J. Beck, Esq.

Beck, Redden & Secrest, L.L.P.

One Houston Center

1221 McKinney Street, Suite 4500

Houston, Texas 77010

Tel:  (713) 951-3700

Fax: (713) 951-3720

dbeck@brsfirm.com

<<0115_001.pdf>>

*******************************************************************************************************************************
*****************

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to

1