FILED
2010 Mar-02 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>      Defendant. | Case No. 2:07CV1928:RDP<br><br>**OBJECTION TO EVIDENTIARY SUBMISSIONS IN SUPPORT OF MEMORANDUM IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 10, 2010<br>Time: 10:00 a.m.<br>Judge: Honorable R. David Proctor<br>Courtroom: 7A |

Class members Miriam Chapon and John Chapon ("Class Members") hereby object to *Plaintiff's Evidentiary Submissions in Support of Memorandum in Support of Approval of Class Action Settlement* [Doc. 91]. Specifically, Class Members object to the Declaration of Tyler C. Vail. Mr. Vail's declaration constitutes hearsay and is inadmissible pursuant to Fed. R. Evid. 802.

Dated: March 2, 2010 Respectfully submitted,

/s/ John W. Davis .
John W. Davis (admitted *pro hac vice*)
Law Office of John W. Davis
501 W. Broadway, Ste. 800
San Diego, California 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170