IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICAN HOME SHIELD CORPORATION, )<br><br>Defendant. ) | Case No.: 2:07-CV-1928-RDP |

## AMENDED DECLARATION OF TYLER C. VAIL RELATING TO POST SUBMISSION SUITS

My name is Tyler C. Vail, and pursuant to 28 U.S.C. §1746 (2), I state as follows:

1. I have spoken with lawyers from all over the country who have indicated to me they are willing to handle class members' post submission law suits based on the penalty and attorney's fees provisions contained in the *Faught* settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of March, 2010.

_____
Tyler C. Vail