FILED

2010 Apr-27  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION



**DEFENDANT'S EXHIBIT**

4

LAURA FAUGHT and STEVEN
FAUGHT, on behalf of themselves and
all others similarly situated,

        **Plaintiffs,**

v.

AMERICAN HOME SHIELD
CORPORATION,

        **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:07-CV-1928-RDP

## <u>DECLARATION OF LINDSAY SINGLETARY</u>

I, Lindsay Singletary, declare as follows:

1. I am a third year law student at Cumberland School of Law at Samford University and a clerk for Bradley Arant Boult Cummings LLP ("BABC"), which represents Defendant American Home Shield Corporation in this case. This declaration is based upon my personal knowledge.

2. On March 9, 2010, I organized and counted a total of fifteen hundred and sixteen (1,517) exclusion request documents. In making this tally, I reviewed both exclusion requests received by BABC, as well as those received by the Clerk of Court for the Northern District of Alabama.

3. This number is lower than the one reported in my prior declaration in this matter on February 26, 2010 (1,543) because multiple listings of individual policy holders have been reduced to one per policyholder. I organized the documents into three categories: 1) Proper Exclusion Requests, 2) Late Documents, and 3) Potential Requests.

2:07-CV-1928-RDP  Fairness  hrg
DATE 3/10/2010

DEFT EXHIBIT NO.  4

4. In the first category, Proper Exclusion Requests, I included all requests that either used the Exclusion Form provided or specifically requested exclusion. All documents in this category were received before the deadline on February 8, 2010. There are thus a total of fourteen hundred and forty-nine (1,449) Proper Exclusion Requests.

5. In the second category, Late Documents, I included all Exclusion Requests and other documents received after the February 8, 2010 deadline. I included documents that specifically requested exclusion, documents that made no request, and documents that requested inclusion in the class. There are a total of thirty-six (36) Late Documents. This number is larger than the number reported in my declaration on February 26, 2010, because we have continued to receive late Exclusion Requests and other documents.

6. In the third category, Potential Requests, I included all timely documents that did not either (a) use the Exclusion Request form or (b) otherwise specifically request exclusion. There are a total of thirty-two (32) Potential Requests. Of the 32 received, seven (7) specifically request to be included in the class.

I declare under penalty of perjury pursuant to the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on March 9, 2010.

Lindsay Singletary

Lindsay Singletary

Proper, Timely Exclusion Requests

| | | |
|---|---|---|
| Abbott | Kerri | *multiple copies covered by AHS |
| Abedinzadeh | Karen | Total: 1449 |
| Abel | Peggy | |
| Abbell | Ronald and Anne | |
| Acker | Robert and Diane | |
| Acosta | Damian | |
| Adams | Melissa Morgan | |
| Adams | Brian and Sharon | |
| Adib | Kambiz | |
| Adkins | Margaret | |
| Adler | Annette | |
| Aitcheson* | Kent | |
| Akpuchukwu | Lazarus and Rhoda | |
| Aldridge | Marion and Cynthia | |
| Alexander | Scott | |
| Allegood | Richard Sylvester | |
| Allen | Jarmes R. and Kay A. | |
| Allen | Deborah Mae | |
| Allen | Leslie | |
| Ames | Stacey Lynn | |
| Amoroso | John J. and Marylyn | |
| Ampelas | Fred | |
| Anders | Glen E. and Carolyn K. | |
| Anderson | Beulah Inez | |
| Anderson | Duane and Ranee | |
| Anderson | Mark R. | |
| Anderson | Mary | |
| Andre | Ruth | |
| Aninye | Chukwudi | |
| Ankenman | Damon | |
| Ansar | Behzad H. | |
| Anyiam | Christian U. | |
| Arbisi | Anthony R. and Jane R. | |
| Ardern | Steven Marcel and Heidi Lyn | |
| Ardrey | Carol J. | |
| Armstrong | Dorothy | |
| Arnold | Paul L. | |
| Arnone | Philip L. | |
| Atkins | Janine | |
| Attard | Cynthia | |
| Attaway | Charles & Hellen | |
| Auld, Jr. | John J. & Nancy S. | |
| Avins | Norman R. and Betty J. | |
| Babcock | William G., Jr. and Joyce D. | |
| Badiou | Charles & Patricia | |
| Arnold | Paul L. | |

| | |
|---|---|
| Arnone | Philip L. |
| Atkins | Janine |
| Attard | Cynthia |
| Attaway | Charles & Hellen |
| Auld, Jr. | John J. & Nancy S. |
| Avins | Norman R. and Betty J. |
| Babcock | William G., Jr. and Joyce D. |
| Badiou | Charles & Patricia |
| Arnold | Paul L. |
| Arnone | Philip L. |
| Atkins | Janine |
| Baggiani | Albert |
| Baldwin | Mark R. |
| Baldridge | Charles |
| Bales | William Alan and Bertha Valencia |
| Ball | Jack |
| Ballard | Wendell C. and Lee P. |
| Balster | John and Julia Z. |
| Barley | Debra J. |
| Barnes | Dustin |
| Barnett | Randi S. |
| Barone | Lisa A. |
| Baroni | Thomas R. |
| Barrale | Joseph Frank and Heidi Ann |
| Barrett | Sharon L. |
| Barsoian | Robert Leo and Joy Irene |
| Bass | Robert and Patricia |
| Bassett | Richard and Sandra |
| Bateman | James |
| Bates | Cherie |
| Batey | John Thomas, Jr. and Sandra Hazen |
| Batey | John Thomas, Jr. and Sandra Hazen |
| Batey | John Thomas, Jr. and Sandra Hazen |
| Batey | Benjamin Allen |
| Battle | Cephas and Lillian |
| Baxter | Delois |
| Beard | John David, John Allen and Brenda Louise |
| Beavers | Geraldine Y. |
| Beck | James L. |
| Beck | Jerry and Ruth Ann |
| Beckworth | David & Cynthia |
| Beeh | Herman |

| | |
|---|---|
| Behrends | Joshua David and Crystal Nicole |
| Bell | W. Rex and Betty Lou |
| Bell | Oral Lee |
| Bell | Louann |
| Bell | William Ronald and Dianne Lynn |
| Bell | Frederick Jackson |
| Bennefeld | Brian Cole and Kelly Jane |
| Benson | James and Jacquelyn |
| Benton | Brian & Kari |
| Benvenuto | John |
| Bergman | Edward |
| Berhardt | Charles |
| Berry | Travis Matthew |
| Berthold | Jennifer |
| Betancourt | Salvador and Cheryl |
| Betts | Elizabeth M. |
| Bigler | Robert S. |
| Binayan | Brian and Annette |
| Bingham | Wayne E. & Ladeen L. |
| Binkley | Michael Keith+B104 |
| Birk | Melissa Ann |
| Bishop | Diane |
| Black | Roger and Theresa |
| Blackdeer | Dirk C. & Crystal S. |
| Blain | Barbara |
| Blair | Fudrun Anna Hjordis |
| Blake | Dannie |
| Blanchette | Richard |
| Blanco-Gonzalez | Elfriede |
| Bloch | Albert Lloyd & JoAnn |
| Bluck | Robert |
| Bluhm | Jason John |
| Bodine | Keith M. and July L. |
| Boise | Benjamin & Helen |
| Bolger | Cheryl |
| Bolt | Joanne |
| Bonde | Danielle Ann |
| Boney | Marvin Maurice |
| Bonkoski | Eugene |
| Bosch | Dennis and Vicki |
| Bouchard | Elmer and Edna |
| Boulos | David M. |
| Boulos | Roslyn A. |
| Bouras | Arlene |
| Bourdon | Margaret |
| Bowen | Kelley R. |

| Bowers | Jeanne |
|---|---|
| Boyd | Walter Llewellyn and Charlotte Pelham |
| Boyles | John Gregory |
| Boynton | Judith Lee |
| Bozarth | Dwight F. |
| Brackeen | Leslie G. and Patsy S. |
| Bradshaw | Dennis Galen and Caroline Palmer |
| Brady | Sue |
| Brammer, Jr. | James H. |
| Brannick | Arthur W. & Prudence M. |
| Breckwoldt | Gloria R. |
| Breslin | Dennis Patrick and Mary Catherine |
| Brice | Avis L. |
| Brigante | Katherine |
| Briggs | Franklin and Leora |
| Briggs | Jacob Robert |
| Briley | Bessie |
| Broady | Jerry and Betty |
| Brock | William P. |
| Brodie | Jim & Sandra |
| Broody | Jerry W. and Betty M. |
| Brooks | Candice |
| Brooks | Carl E. and Nan |
| Brooks | Lynyatta Antoine |
| Brown | Robert Bernard, Sr. |
| Brown | John and Barbara A. |
| Brown | Joann |
| Brown | Theodore and Alice |
| Brown | James D. |
| Brown | Leon Leroy |
| Bruce | Henry M. and Joyce M. |
| Bua | Frank and Jeanne |
| Buchanan | Caleb Michael |
| Buckley | Mary Ellen |
| Buckley | Frank & Anita |
| Bullock | Geraldine Martin |
| Bunker | Paulette Jo |
| Burgess | Edward Sean |
| Burke | Michael Patrick |
| Burkhard | Robert S. and Edna P. |
| Burmeister | Fred T. and Elizabeth |
| Burns | Tammie Lou (formerly Tammie Lou Lindsey) |
| Burns | Phillip R. and Eleanor Williams |
| Burrell | Pamela K. |

| | |
|---|---|
| Burrows | Kyle |
| Burson | Marian V. |
| Burton | Jerry Arthur |
| Busch | Frederick W. |
| Bush | Joshua and Fallon |
| Butler | Mary Rose |
| Byen | Josina F. |
| Byers | Rose Ellen |
| Cacalano | Gloria Anne Vitlo |
| Callicott | Coy Thomas |
| Campbell | Richard & Debra |
| Campos | Irene |
| Caniff | Bernard and Katie |
| Cannon | Eva and Mike James |
| Cannon | Paul Newton and Deborah Denise |
| Cannon | Jacquelyne G. Cannon |
| Cantrell | Annette |
| Card | Robert and Allye |
| Carper | Beulah Mae |
| Carrera | Henry and Alicia |
| Carson | Jean E. |
| Carter | Necia D. |
| Carvin | Richard and Sarah (deceased) |
| Cassella | Johseph Dominic |
| Castaner | Karen |
| Castro | Jason E. and Lynne G. |
| Catania | Daniel P. |
| Cates | Abigail Lee |
| Causey | Franklin G. and Linda J. |
| Cazier | Monty & Teresa |
| Chamberlain | Brian W. |
| Chamberlain | Ethel B. |
| Chamberlain | Shirley |
| Chamberlain | Paul Orville and Laura Lee |
| Chambers | Bonnie H. |
| Chambers | Virginia J. |
| Champagne | David W. |
| Chapman | Jackie |
| Charklwick | William and Marlene |
| Charles | Jason and Carol |
| Chase | Denzil R. |
| Cheatham | William and Mary |
| Chen | Yi Chih & Ting Li |
| Cherry | Robert Carter |
| Chmiel | Ronald and Darla |

| | |
|---|---|
| Choate | James (deceased) Norma Choate |
| Christiansen | Bradley D. |
| Chumley | Charles Eugene |
| Cibulka | Michael & Virginia E. |
| Cimino | Ralph and Rosalie |
| Cinnamon | David E. |
| Cirillo | Eugene E. |
| Cisneros | Arthur and Mary |
| Citta | Joseph F. and Dorothy C. |
| Clark | Brian J. |
| Clark | Gary E. and Leslie T. |
| Clark | Eric David |
| Cline | Robert J. |
| Clineman | Linda |
| Coates | Lawrence W. |
| Coggins | Janie Lee (formerly Sellers) |
| Colberg | George |
| Cole | Aaron James and Selena Jill |
| Cole | Jarrod |
| Coleman | Debra P |
| Coley | Delores |
| Collins | Doris A. |
| Colloton | Steven M. |
| Colyer | Neal and Joanne Marie |
| Condon | Vernette |
| Conner | Betty Sneed |
| Constantino | Anthony G. |
| Conway | Kenneth and Joan |
| Cook | William H. |
| Cook | Rhiannon J. |
| Cook | Mark and Jackie |
| Cook | Gretchen |
| Cook | Richard Don |
| Cooley | Cynthia Lynn |
| Cooley | Jo Ann |
| Coonan | Scott & Lynne |
| Cooper | Kevin and Jennifer |
| Cooper | Judith A. |
| Copeland | Ima Jo |
| Cordova | Servio and Patricia Vera |
| Corken | David Stephen and Roberta Jaye |
| Costantino | Anthony G |
| Costar | Christopher and Sandra |
| Cotter | Geraldine E. |
| Cottom | Alfred and Marie |

| | |
|---|---|
| Cotton | Hazel |
| Coulombe | Eric |
| Couture | Todd and Olivia |
| Covarrubio | Maria O. |
| Cowan | William and Carolyn |
| Cox | Scott |
| Cox | Charles L. and Vera J. |
| Cox | William D., Sr. and Mary R. |
| Crawford | Michelle S. |
| Crawford | Marian Jane |
| Creech | Charles Michael and Lisa McBroom |
| Creek | Justin |
| Crillo | Judith Joanne |
| Crilly | Ada Maud |
| Crippen | Richard L. |
| Cromartie | Margie A. |
| Cronn | Beverly |
| Crutcher | Ellen |
| Cumming | Edna |
| Cunningham* | John and Brenda |
| Cunningham | James and Kathleen |
| Cunningham | Thomas J. |
| Curtis | Brandon Glen |
| Cutshaw | Leatha |
| Czerwinski | Thomas |
| Dage | Kathleen L. |
| Dales* | James and Marjorie |
| Dalton | Priscilla Lou Keck |
| Daniels | Steven D. and Bobbijean Spears |
| Danzy | Amanda |
| Dar | Ricci |
| Darbo | Judy |
| Dargiewicz | Richard C. and Robert S |
| Dario* | Maryann |
| Darling | James W. and Barbara J. |
| Darrach | Elna Irene |
| Dart | William L. & Donna B. |
| Dascanio | Mary Sue |
| Davenport | Edward A. and Jeanette |
| Davis | Betty Sue |
| Daw | Ralph L. & Pamela H. |
| Dawes | Victoria L. |
| Deaquino | Ubirata |
| Debelak, Jr. | Robert P. |
| Deering | Christopher W. |
| DeGiulo | Thomas Edward |

| | |
|---|---|
| DeGraw | Ernest G. |
| Deitz | Clyde E. and Patricia H. |
| DeLario | Erica |
| DeLauis | Constance Nicole |
| Dell | Jason A and Melanie J |
| DeMetris | James M. |
| Denison | James K. and Gladys Carolyn |
| Desrouleaux | Evelyne |
| Detweiler | James B. Kimberly D. J. |
| Deveaux | Denis F. and Frances B. |
| Di Berardino | Angela |
| Dial | Elston |
| Dickmeyer | Charles R. |
| Diggs | Jerome and Tahra |
| DiGirolamo | Anton |
| Dimaggio | Peter Samuel |
| Dolf | Dorothy F. & Donald L. |
| Donat | Heidi L. |
| Dorn | Jonathan Daniel |
| Downer | Dianne L. |
| Drabble | Douglas and Catherine |
| Drake | Thurman L., Jr. and Kathryn Jo |
| Drenon | Ruby |
| Drews-Vallecillo | Gloria F. |
| Driver | Laurence R. |
| Dubbels | Patricia M. |
| Dubresson | Claude M. |
| Duchesne | Floyd and Elaine |
| Dudley | Richard Via (deceased) and Frances C. Dudley |
| Duffy | Denise |
| Dumble | Josephine |
| Dupont | Lisa M. |
| Durand | Georgina M. |
| Durant | Mark & Lori |
| Dzwonchyk | Joseph and Ann Marie |
| Earle | Roger and Karen |
| Eby* | Elmer E. and Audrey E. |
| Eccles | Billie E. and Patricia K. |
| Eder | Kees and Teri |
| Eder | Teri |
| Edleson | L.B. Chip and Karon |
| Edmundson | Sunni Jane |
| Edwards | Scott Allan |
| Edwards | Julie L. |
| Edwards | Eric G. |
| Edwards | William and Shirley |

| | |
|---|---|
| Egger | George |
| Egyud-Adamsons | Jane Ann |
| Ehrlich | Stephen Alan |
| Eisenman | Jean Dianne |
| El-Ali | Rita |
| Elder | Warren |
| Eldridge | Tommie Lou |
| Elkjer | Robert Eugene and Carolyn Louise |
| Eller | James and Anita |
| Ellingsworth | Jean |
| Ellis | Kenneth D. and Mary E. |
| Ellis | Robert M. and Betty L. |
| Ellis | Nancy Eileen |
| Elms | Bryan Paul and Teresa Rose Jordan |
| Endo* | Joni |
| Engle | Steven Freddrick |
| Enlow | Barbara Ann |
| Erhardt | Carol A. |
| Erickson | Geoffrey D. and Shirleen F. |
| Ernest | Lisa Ann |
| Ertola | Raymond |
| Escalona | Valerie |
| Esposito | Anna M. |
| Estanislao | Janet Huber |
| Estrella | Lillian D. |
| Evans | Richard D. |
| Evans | David R., Jr. and Beverly R. |
| Evans | Thomas J. |
| Evans | Lois E |
| Evans | Wayne and Eleanor |
| Eyre | Dean Atherton, Jr. and Thyzra Purvis |
| Faaborg | Joel and Saliva |
| Fairey | John D. |
| Faison | Alfred William |
| Fanker* | Eugene Robert |
| Farnum | Susan E. |
| Fata | Roger and Deborah |
| Faust | Daniel J. |
| Feldman | Robert N. |
| Feliciano | Arismel |
| Fellenbaum | Donald H. and Kathleen B. |
| Ferguson | Anna Leigh |
| Ferguson | Jack Clint |
| Fernandez | William and Yesenia |

| | |
|---|---|
| Ferrara | Bernard J. and Jean-Marie |
| Fertal | Bruce and Elizabeth |
| Fiala | Velvet O'Carroll |
| Fields | Theresa |
| Fife | Roger Wayne and Kimberly Renee |
| Fife | Roger Wayne and Kimberly Renee |
| Filigenzi | Samuel George and Robin |
| Fiorino | Emilio |
| Fischer | Charles T. and Ruth A. |
| Fisher | Bernadette M. |
| Fitch | William M. and Dorothy Roe |
| Fleischmann | Ellen |
| Florence | Debra |
| Flores | Ramon |
| Ford | Katharine |
| Forester | Marilyn J. |
| Forman | Jozsef Oliver and Agnes Hargitai Formanne |
| Forsberg | Robert and Jennett |
| Fortlage | Glenn |
| Foss* | Martha B. |
| Foss | Kim Jo |
| Foster | Betty |
| Foust | Edward D. and Geraldine E. |
| Fowler | Ronald T., Jr. |
| Fowler | Elizabeth Hamilton |
| Francis | Virgil L. and Pamela S. |
| Francone | Andrea and Pauline |
| Frankfurth | Mary Lou |
| Frankie | Branden Dennis |
| Frankum | Daniel Lynn and Malinda Gaye |
| Fredrickson | Justin |
| Freels | William Edward & Wendy Ballenger |
| Freeman | Benjamin R. |
| Freeman | Mary L. |
| Freitag | Paulette |
| Freeze | Michael Eugene |
| Frenz | Eric R. |
| Freyler | Carl F. and Lynda W. |
| Fry | Dale and Denise |
| Frye | Vicky P. |
| Funderburk | Fallon A. |
| Furiness | Samuel and Joyce |
| Gaddey | Robert and Virginia |
| Gaglio | Reyes and Natalie |

| | |
|---|---|
| Gahan | John C. |
| Gajewski | Bernard E. and Carla K. |
| Gallagher | David and Katherine |
| Galloway | Caleb Colter |
| Galvin | Wayne W. and Charlotte E. |
| Gao | Guang Ping |
| Garcia | Reyes & Hilda P. |
| Garcia | Richard and Rita |
| Garcia | Mario J. and Ana C. |
| Gardizi | Shahlla |
| Gardner | Phillip Curtis |
| Garner | Janet Carol |
| Garnett | Bernard |
| Garula | Paul and Joanna |
| Garvey | Jane |
| Garza | Yolanda |
| Gauchan | Darpan, Prem and Elisha |
| Gedeon | Frantz Max |
| Gehrels* | Craig D. and Kathleen J. |
| Genziano | William |
| Giacumbo | Nancy |
| Gibeau | Lionel Theodore and Marjorie |
| Giddings | Tommy R. |
| Gilbert | Anita Carmen |
| Gillaspy | Elsie J. |
| Giorgis | Dr. Maria Romilda |
| Gipson* | Carol |
| Glazer-Stougton | Lily Frances and James (deceased) |
| Glenn | Dorothy |
| Gober | Bobby and Pamela |
| Goel | Prem Nath |
| Goldman | Kira |
| Gonzalez | Nicolas and Melanie G. |
| Goodlin | Ron and Grace |
| Gopinath | Vimala |
| Gorowitz | Jason and Alison |
| Gosnell* | Kelly |
| Gould | Edward and Mary Ellen |
| Graff | William Charles |
| Graham | Jennifer Lee |
| Grainger | Shirley A. |
| Grant | Mary E. |
| Gratz | Archibald and Martha |
| Gray | Willie Clyde (deceased) and Johnnie Carolene Mullins |
| Gray | James and Katherine |
| Gray | Robert S. |

| | |
|---|---|
| Grayer | Joseph |
| Green | Kellie H. |
| Green | Peter A. and Elisabeth A. |
| Greenwault | Larry A. and Linda J. |
| Gregg | Christina |
| Gregory | Shawn and Teresa |
| Gregory | Geraldine |
| Gribnitz | Janet |
| Griffin | Almeda |
| Griffin | Doris |
| Griffith | Paul and Jamie |
| Griffith | David F. |
| Grim | Stephen Alan and Tami Jo |
| Groark | Martin and Nina J. |
| Grooms | Clinton James and Lydia Ann |
| Grossman | Richard Bruce and Sharon Frances |
| Grossman | Corazon S. |
| Groves | Gary and Maria |
| Groves | Judy |
| Gruenewald | Allan H. |
| Grych | Brendan and Melissa Turner |
| Guest | Christopher Lee |
| Guidry | Lloyd Milton |
| Gunderson | Jean Eleanor |
| Gutierrez | Feliciano, JR. |
| Guy | Leonard, Jr. and Kim Barber |
| Haas | Mark James and Jalé Marie |
| Hacking | Robert and Anne |
| Haenggi | Bob and Mary Eleanor |
| Hageman | Mary |
| Hall | Emma |
| Hall | Stanley |
| Hamed | Debra and Ronnie |
| Hamil | JoAnn |
| Hamilton | John N., Jr. and Laura L.G |
| Hamilton | Gerald E. |
| Hamilton | Elizabeth |
| Hamilton | Blanche N. |
| Hammonds* | Timothy F. and Virginia L. |
| Hampton | David and Irma-Braun |
| Hamrick | Judith A. |
| Hannah | Geoffrey Thomas |
| Hanning | Jennifer R. B. |
| Hanselman | Linda Lee |
| Hansen | D. Kent and Mary Jane |
| Harbin | Fredric and Cathy |

| | |
|---|---|
| Harder | Anne Louise |
| Hardin | Toy Nicole |
| Hargrove | Davis & Lorie |
| Harkness | Stephanie |
| Harman | Todd Jeffrey |
| Harper | Paige L. and Linda E |
| Harriman | Melody Ann |
| Harris | Margaret Vickie |
| Harris | Mitchell Adam and Daniella Elaine |
| Harrison | Allison |
| Harrison | Urban E. |
| Hart, Jr. | John |
| Hart, Jr. | John & June |
| Hartung | Frank Edwin |
| Haschenburger | Judith Kay |
| Haslun | Bruce I. |
| Hatlee | Janet |
| Hatton | James Donald and Alice Janelle |
| Hauck | Patrick & Jeannie |
| Hauck | Patrick and Jeannie |
| Hayes | Bill and Virginia |
| Hayes | Andrew E. and Rita P. |
| Hayes | Shannon J. |
| Hayes | Bartley M. (deceased) and Patricia R. |
| Hayes | Reese E. and Kathleen J. |
| Haynes | Gary Oakley |
| Hazard | Michael J. & Joyce |
| Heard | Robert |
| Heard | Martin Perry and Joanell |
| Heath | Joyce |
| Hebert | Tommy Lance and Mary Roberta |
| Heggerick | Jason |
| Henderson | Jean D. |
| Henley | John R. and Barbara C. |
| Henrich | William and Rosemary |
| Henson | Victoria Michelle |
| Hente | Matthew Steven |
| Herrara | Leeha |
| Hernandez | Mary Malinda |
| Herrold | Arthur Joseph |
| Herron | John R. |
| Herzig | Robert and Donna Perlman |
| Hestand | Tom R. and Wanda |
| Hetherly | Kim |
| Hewitt | Dennis |

| | |
|---|---|
| Hewitt | William W. and Alma L. |
| Hickman | Billy and Frances |
| Hickox | Charles F. |
| Higo | Paul and Carrie |
| Hill | Jason Roy |
| Hill | Ken and Lisa |
| Hill | Heather Halsey |
| Hinman | Mitchell R. & Vicki |
| Hinman | Steve |
| Hinson | Kathy |
| Hiremath | Rajesh |
| Hirschfeld | Alan and Sylvie |
| Hitchcock | Bernard B. and Kathleen M. |
| Hjartarson | Marie Steinunn |
| Hobbs | Keith F. |
| Hodges | Nathan and Mayra |
| Hoffman | Richard W. |
| Hoffman | Kenneth W. |
| Hohendorf | Heidi Louise (formerly Walson) |
| Hoisington | Lynda K. |
| Holden | Alisha |
| Holland | Alfred E. |
| Hook* | John & Jacqueline |
| Hoopes | Steven E. and Nanci R. |
| Hoover | Lynda |
| Hopkins | Robert A. |
| Hopkins | Gary and Audra |
| Hopper | James Arthur |
| Hornbuckle | Ann |
| Horswill-Phillips | Renee |
| Horton | Deborah Lollis |
| Hoseclaw | Bobbie & Linda |
| Hoskin | Lila O. |
| Hostetler | Jeffrey K. |
| Houtz | Carolyn Jane |
| Howell | Steve |
| Howell | Peggy J. |
| Hoyle | Ryan and Hoyle |
| Hubeli | Jeffrey C. and Sandra L. |
| Huber | Evelyn R. |
| Huchthausen | Linda Lee |
| Hudson | Barbara |
| Huffman | Charles E. and Janie T. |
| Huffman | Charles E. and Janie T. |
| Hulme | J. T. and Evelyn |
| Humphrey | Chiquitta L. |

| | |
|---|---|
| Humphreys | Amanda Kathryn formerly Amanda Kathryn Wilson |
| Humphries | Margaret R. |
| Hungerford | Ruby I. (deceased) Diana S. Congleton (POA) |
| Hunnicutt | Frank (deceased) and Mary Beth |
| Hunt | Garry Burton and Bonnie Kathleen |
| Hunter* | Edward & Lyndth |
| Hunter | James C. |
| Hunter | Muriel J. |
| Huntington | Alice |
| Husemann | Athalyn Jean |
| Hutson | Charles W and Michael J and Ruth (Deceased) |
| Hyatt | Ned S. |
| Iltis | Leonard, Jr. |
| Imus | William E. and Patricia A. |
| Insko | Mark Freeman and Greta Ledford |
| Irwin | Gloria J. |
| Irwin | Tom J. |
| Irwin | Barbara Andrews |
| Isaacson | Ashley Nicole |
| Isham | Scottie L. & Emory J. |
| Jackson | DeLois Marie |
| Jackson | Marion Yvonne |
| Jackson | Donnie F. |
| Jacobs | Jacqueline |
| JaJo | Amira M. |
| Janusa | Linda |
| Jarema | Catherine |
| Jarrett* | Steven Mark and Cynthia Strong |
| Jazmines* | Hermilo O. |
| Jenkins | Margot Jeanette |
| Jepsen | Michael Alan |
| Johnson | Richard E. |
| Johnson | Willaim & Betty |
| Johnson | Jack A. and Debra K. |
| Johnson | Carl A. and Beverly E. |
| Johnson | Charles Drake and Mary Whitfield |
| Johnson | T. Owen and Anna |
| Johnson | Dora Jean |
| Johnson | John |
| Johnson | Emma L. |
| Johnston | Edward C. and Helen K. |

| | |
|---|---|
| Jolliff | Kenneth Doyle |
| Jones | Sheryl D. |
| Jones | Kenneth Allen and Marilyn Sue |
| Jones | Linda |
| Jordan | Jim J. |
| Joyner | Mitzi and Derrick |
| Joyner | Stanley Marion |
| Judie | Darrell |
| Kadary | Robert Jon |
| Kain | Daniel |
| Kalam | Abul |
| Kalman-Frankel | Heather |
| Kanwischer | Alfred and Heidi |
| Karlich | John D. and Karen E. |
| Kastner | Eleonore |
| Katz | Aaron L. |
| Kaufman | Stan and Vickie |
| Keavy | Richard and Diane |
| Keddington | Malachi and Hope |
| Kelly | William Michael and Quincy Robin |
| Kennedy | Tina René |
| Kennedy | Dick K. |
| Kennedy | Christopher Patrick |
| Kerby | William Dudley |
| Kermode | Richard H. (deceased) and Patricia A. |
| Keyes | Kaye W. |
| Kim | Hyekyoung |
| Kimble | Katrina Lisa |
| Kimbrough | Albert L. and Mary C. |
| King | Ramond Carroll and Hilda Rose |
| King | Peggy Ann |
| Kingston | Barbara Risley |
| Kinsey | Carol L. |
| Kirk | Cecil Edward |
| Kirkham | Shirley Fidler |
| Kispert | John J. |
| Kitchens | James A., Jr. |
| Kitsuki | Jean M. |
| Klein | Marlene |
| Kleinsasser | Andrew David and Bonita Joy |
| Klitzka | LeRoy R., Jr. and Ann M. |
| Klotz | Deborah |
| Knight | Bridget E. |
| Knoblauch | Joseph M. |
| Knowlton | Joye |

| | |
|---|---|
| Kobiyama | Stacey |
| Koch* | Eric and Mei-Lung |
| Koch | Elaine C. |
| Kodikian | Melani |
| Koga | Philip |
| Kolm | Mallard (deceased) |
| Kossar | Donna |
| Kostetler | Jeffrey K. |
| Kovaliv | Roman Y. |
| Kreiner | Richard Allen |
| Kreul | William G. and Cynthia A. |
| Krnc | Jason Andrew |
| Krofta | Robert |
| Krol | Shannon L. Painter |
| Kruger | Christopher D. & Lacey L. |
| Kubiak | Eleanor |
| Kuisle | Kahryn |
| Kuntz | Jennifer S. |
| LaCombe | Marion |
| Lacy | Debra L. |
| Ladatto | Bobbye |
| Lakey | Eddie Lee and Sharron VaLinda |
| Landy | John and Marjorie |
| Langelier | Egbert Lee |
| Langlois | Jill & Aaron |
| Large | Helen Arlene |
| Large | Elizabeth L. |
| Laskey | Eric |
| Laub | Michael J. and Kimberly A. |
| Laux | Lauren E. |
| Layton | Joan H. |
| Leblanc | Rudolph J. and Maureen D. |
| Lee | Stevens T. and Theresa D. |
| Lee | Hyunju |
| Lee | Albert |
| Lefever | Phyllis A. |
| Leggett | Dewey and Gina |
| Lehman | Allen and Dianne |
| Lemme | Fernando Hector |
| Lemos | Kasey Joe and Rachel Mackenzie |
| Leneau | Todd William |
| Lentz | Betty Ruth |
| Lentz | Elizabeth |
| Leonard | Eric |
| Lery | Robert and Renee |
| Lewis | Sheila M. |

| | |
|---|---|
| Lewis | Carole E. |
| Liebenthal | Mark Joseph and Tamara Rachel |
| Li | Ting and Yi Chin Chen |
| Lincoln | Roger D. and Christine M. |
| Lindquist | George R. |
| Linear | Cheryl |
| Lingam | Dorothy Pearl |
| Lintern | Judith A. |
| Liotard | Paul A |
| Lipe | Hilda Grace |
| Lippert | Charles, Arthur |
| Liscomi | Joseph and Thresa |
| Lisenmeyer | Jean |
| Littlejohn | Kendra M. |
| Littlewood | Emily Blair |
| Liu | Rachel Hai-Ling |
| Livingston | Gloria |
| Lock | John H. |
| Lockhart | Leland Roger, Jr. |
| Locurto | Robert J. |
| Loeker | Edward Gerard |
| Long | Keith Ray and Gay Baker |
| Long | Rita E. |
| Lorch | Daniel L. and Barbara A. |
| Lorenz | Lorraine Antoinette |
| Lotz | David A. and Elizabeth G. |
| Love | Janet Ashby |
| Lowe | Gary Allen and Michelle Marie |
| Lowry* | Bryan |
| Lu | Chih-ai |
| Lucas | Diane Elizabeth |
| Luchsinger | Donald Charles |
| Lui | Sean Siu Sun Lui |
| Lunakavindra | Mary P. |
| Lussier | Stephane and Julie Patterson |
| Lutfy | Hamid |
| Luttropp | Richard K. |
| Lynch | Christopher James |
| Maassen | Larry G. |
| MacDonald | June M. |
| MacKay | John and Barbara |
| Mackler | Edith |
| Magee | Thomas J., III |
| Magid | Michael and Linda |
| Magnoli | Maria |
| Maher | Karen Grace |

| | |
|---|---|
| Majerik | Anne V. |
| Majerski | Jonathan |
| Malasky | Damon Barrett & Amy Cahoon |
| Malickson | David and Deborah |
| Manser | Shane P. |
| Mapes | Kathleen |
| Margrave | Richard Charles |
| Marshall* | James E. |
| Marshall | Dorinda |
| Martin | Carl and Emmaline |
| Martin | Cheryl |
| Martin | Zandra |
| Martin | Lynnette |
| Mason | Doris S. |
| Mason | Jerry B. andDonna Z. |
| Massey | Derrick |
| Masters | Janet C. |
| Matejka | Catherine Irene |
| Mathew | Annie |
| Mathew | Mathen P. |
| Matsushita | Katsuko |
| Matthews | Lawrence & Marilyn |
| Mattison | James D. |
| Mattonen | Maryann C. |
| Mattson | David Lee and Linnea Marie |
| Matz | Walter S. and Mary L. |
| Maul | Barbara Jean |
| Maul | Barbara Jean |
| Mauldin | Mildred Jones |
| Mayes | Jacquelyne |
| Maynor | Larry F. and Julia E. |
| McAtee | Pauline J. |
| McBee | Samantha |
| McCall | Russell A. |
| McCann | Katherine |
| McCarthy | Zelda |
| McCarthy | Robert and Kimberly Young |
| McCleary | Bryan |
| McCleeary | Donald P. |
| McClure | Betty Ann |
| McConnell | Mark S. and Maria J. |
| McCormack | Matthew and Amy |
| McCoy | Billy and Shirley |
| McDaniel | William (deceased) and Joan L. |
| McDonald | Claire E. |
| McDonald | Lee Ann |
| McDowell | Amy Leach |

| | |
|---|---|
| McElhiney | Julie L. |
| McElroy | Edward L. and Norma |
| McElyea | Roberty Ray and Kathy |
| McEnery | Susan Baker |
| McFadden | Thomas H. |
| McGovern | Dianne A. |
| McGuire | Lori Ann |
| McHugh | Sophia |
| McIntyre | Matthew Hardwick |
| McKinney | Mary Jane |
| McLain | Donna L. |
| McLain | Huey C. and Vickie |
| McLain | Donna L. |
| McLean | Winston |
| McLeod | Molly |
| McLeod | Christopher |
| McMichen | William Ralph |
| McMillan | Gordon Callaway |
| McNatt | Nancy J. |
| McPherson | Boyd R. |
| McPherson | Karen D. |
| McQuary | Tom |
| McQuerry | Nancy Ann |
| Meacham | Donna M. |
| Meintel | Paul James |
| Mentel | James I. and Susan L. |
| Merkouche | Karim |
| Merrett | Nicola |
| Merrill | David |
| Merryman | Linda June |
| Michelson | Jeremy |
| Miears | Gary James |
| Mikulski | Raymond H. and Luella M. |
| Milano | Sebastian and Grace |
| Miles | Harold William |
| Miller | Kenneth Thomas, Jr. (deceased) Kathleen Rae |
| Miller | Aaron N. |
| Miller | Raymond and Geraldine |
| Miller | Judith L. |
| Milliron | John and Emily (deceased) |
| Mills | Betty Lou Murphy |
| Milner | Dale and Judy |
| Minden | Elizabeth A. |
| Minnix | Abigail L. |
| Mirata | Janet G. |
| Mitchell | John Charles, II and Bonnie Warren |

| | |
|---|---|
| Miyaji | Harry |
| Mock | Michael Warren |
| Moitoza | Debra A. |
| Montagne | John E. and Neila D. |
| Mooney | Frances Marie |
| Moore | Charles E. and Gail M. |
| Moore | Diana L. |
| Moore | Vera Jeanette |
| Morgan | Freda R. |
| Morris | Russell A. |
| Morris* | Nell Elizabeth |
| Motoh | Kenneth and Janis |
| Mudryk | Arleen |
| Muirhead | Janice S. |
| Munroe | Robin |
| Murphy | Casey Thomas and Rebecca Diane |
| Music | Jodi Lee |
| Myers | Edeltraut M. and Francis M. |
| Myers | Tadd |
| Nabors | Jack Wayne and Pamela Ann |
| Nagahoń | Tomiko |
| Najvar | Daniel J. |
| Nakamaye | David A. |
| Nelson | Lorraine M |
| Nelson | Julie |
| Nelson | Darred Eugene |
| Nelson | James Herman, Jr. |
| Nestel* | Vivian Annette |
| Neto | Eduardo Martins Carvalho |
| Nettles | Gloria |
| Newberry | Patricia Anne Casserly |
| Newhall | Patricia A. |
| Nguyen | Linh D. |
| Nice | Barbara |
| Niemi | Harley W. |
| Nixon | Clinton |
| Noda | Ellen Sadae |
| Nordlund | Ledy |
| Norton | Albert L. |
| Nowicki | Shirley |
| Nutter | Osborne H. and Julia |
| Nwaoha | Ugochukwu I. |
| Nyman | Cory and Jaci |
| Oberg | Timothy D. and Rachel L. |
| Obermeier | Erica |
| O'Brien | G. Kelly and Marifrances |

| | |
|---|---|
| Ocheltree | Ronald |
| O'Donnell, Jr. | John K. |
| Oksza-Chocimowski | Geore V. |
| Olsen | Richard Brady and Kara Diane |
| Olson | Corey James |
| Olson | Lisa M. |
| Olson | Dale and Ethel |
| Olson | Myron Eugene |
| O'Marr | Erin E. |
| O'Meara | Gussie |
| O'Neill | Kevin J. and Anne P. |
| Onyett | William Edgar |
| Oram | J. L. and Donna |
| Orendorff | Dennis R. and Barbara J. |
| Ortega | Oscar E. |
| Oshea-Rome | Cecilia |
| Ostler | Sean M and Susan E. (formerly Susan E. Columbus) |
| Ott | Steve and Wendy |
| Ovrahim | Raymon and Youlet |
| Owen | Ray W. and Cathy T. |
| Owensby | Jack and Barbara |
| Pacheco | Alfred and Sheri |
| Packard | Denise and Milton |
| Packauskas | Ayla |
| Page | Clayton, Kevin and June |
| Paige | Peggy J. |
| Palacios | Douglas F. and Amber C. |
| Palermo | Geralyn O. |
| Papi | Julio |
| Parigian | Charles and Katherine |
| Park | Paul Robert |
| Parker | Teresa |
| Parker | Stephen Roberts |
| Parker | Donald D. and Kathy |
| Parmer | Marie Antoinette |
| Parrish | Betty |
| Parrott | Doris |
| Patrick | Charlotte C. |
| Patterson | Gloria J. |
| Payauys | Kenneth W. and Carol A. |
| Payne | Mark and Brook |
| Payne | Howard |
| Payne | Jason |
| Peargin | Janet |
| Pearlman | Randall Morris |
| Peck | Carolyn Brumble |

| | |
|---|---|
| Pecoraro | Joseph and Margaret |
| Peipins | Lucy A. |
| Pellet | Jon M. |
| Peloquin | Pauline G. |
| Penabare | John Peter |
| Pentalide | Frank and Bonitta |
| Perdue | Barbara |
| Pereira | Michael Martin |
| Perez | Efren, Jr. |
| Pérez | Samuel and Sharon |
| Perkins | Scott |
| Perkins | Margaret R. |
| Perry | Julie T. |
| Pers---- | Indiana K. |
| Peters | Beverly A. |
| Peterson | Gretchen l. |
| Petruso | Rosemary |
| Petty | Ramona M. |
| Phifer | Sandra |
| Phillips | Walter and Phyllis |
| Phillips | Steven and Karen |
| Phillips | Regina M. |
| Pierce | Nilton J. |
| Pietsch | Sharon L. |
| Pietzold | Richard, Jr. and Betty Jo |
| Pinckney | Allen and Jean |
| Pinilla-Morales | Carlos |
| Pinotti | Jo Ann |
| Pirok | Susan |
| Pitt | Gladys |
| Pitzer | Marilyn |
| Piznar | Catherine M. |
| Plack | Bernice L. |
| Plemons | Mary Ann |
| Ployhar | James L. |
| Plummer | Donald Dean |
| Poblador | Josefina |
| Polianos | John |
| Poock | Steven |
| Pool | Sandra |
| Pope | R. Jackson |
| Porter | Eileen |
| Porter | Jane L. |
| Poserina | Mark T. |
| Poston | William S. |
| Powell | Bertha O. |
| Pozek | David & Jessica |

| | |
|---|---|
| Pozo | Frances |
| Preston | David L., Sr. |
| Privat | Paul and Lorraine |
| Prystaloski | Louise |
| Puthenveetil | Amitkumar |
| Quimby | Stanley Martin and Susan Marie |
| Quintero | Linda Rebecca |
| Qwensby | Barbara |
| Raftery | Mark R. |
| Ragan* | Gary & Barbara |
| Receveur | John G and Janice L |
| Redonius | Linda Joan |
| Reed | Richard L. |
| Reed | Donald L. & Judith L. |
| Reed | Robert and Carybee |
| Reed | Betty |
| Reed | Richard and Sherilyn |
| Rejeck | Danny and Johnnie |
| Repetski | Joseph E. and Mary E. |
| Revolinsky | Richard Walter and Linda Sue |
| Reyes | Marlene |
| Reynolds | Lucy May |
| Rhett | Sally Holmes |
| Rich | Shayne C. |
| Richter | Thomas V. |
| Rigley | Michael Clay |
| Riley | Carole Alison |
| Rippens | Patricia |
| Risner | Nicholas Roman and Katherine Jane |
| Rittenberry, Jr. | Charles Douglas |
| Rivera | Israel, Sr. and Damaris |
| Roberts | J.D. & Jeanne M. |
| Robertson | Charissa Marie |
| Roche | John & Virginia |
| Rodriguez | Joel and Manuela |
| Rodriquez | Blas & Vilma |
| Roe | Jennifer M. |
| Rogers | Andrea Lynn |
| Rogers | Joan |
| Rogers | Bobbie June |
| Rogers | Barbara Jane |
| Rollins* | George B., Jr. |
| Roman | Jorge & Maria San |
| Ronstadt | Rebecca |
| Roots | Larry J. and Bonnie J. |
| Rosa | Patricia |
| Roscoe | Francesca |

| | |
|---|---|
| Rose | Manuel Joseph and Mary Eloise |
| Ross | Kenneth A. and Marie |
| Ross | Mark Anthony |
| Ross | Richard Roman |
| Rowe | William Everett |
| Rowell | Lesley R. |
| Rowgalo | Bernard and Janina |
| Roy | Cheryl Elaine |
| Rumsey * | Sara C. |
| Rush | |
| Russo | Luigi C. |
| Rutherford | Fred and Karla |
| Rutter | Blake J. |
| Ryan | James and Teresa |
| Ryder | Russell J. and Deborah |
| Rye | Rebecca E. |
| Sabol, Jr. | Andrew |
| Saklad | Barry R. |
| Salierno | John and Catherine |
| Salisbury | Larry W. |
| Samarakkody | Ushma Satish |
| Samuel | Martin & Mary |
| Sanders | La Tanya Annette |
| Sandman | Victor |
| Sanford | Gloria Jean |
| Sanghavi | Snehal |
| Santoleri | Ray |
| Saraquse | Lester and Cheryl |
| Saunders | Shellie J. |
| Sawyer | Russell and Ruth |
| Scanio | Anthony Philip |
| Scarlett | Howard and Ruth |
| Schaller | Gary A. and Jacqueline S. |
| Schaub | Michael |
| Schkade | Joyce E. |
| Schmidt | Calvin Ray |
| Schmidt | Thomas and Merry |
| Schmidt | Mary J. |
| Schmucker | Scott |
| Schnug | Debra L. |
| Schooler | Mark D |
| Schroeder | Michael and Elizabeth |
| Schroeder | Kathleen |
| Schroer | Steve |
| Schuster | Heidi |
| Schutzman | Donnie L. & Kathy D. |
| Schwartz | Robert H. |

| | |
|---|---|
| Schwarz | Julia Ann |
| Schwepker | Timothy M. and Kathern M. |
| Scott | Joseph and Abbey Russell |
| Scott | Darren Christopher |
| Scott | Thomas Glenn |
| Scott | June |
| Scowcroft | Thomas W. |
| Seagroves* | James E. & Rebecca J. |
| Seals | Tommy and Clara |
| Seaman | Doug and Annette |
| Seavers | Eugenia |
| Sebree | Jared and Hallie |
| Seidell | Charles D. and Vicki L. |
| Selgrath | Kathryn Jean |
| Sellers | Jeffery Wayne & Kelly Louise |
| Serrahn | Kathy |
| Sevenau | Gerry Eugene, Jr. |
| Seymour | William and Francine |
| Shack | Elizabeth |
| Shackelford | Ira J. |
| Shafer | Jeffrey and Toni |
| Shanks | Beverly L. |
| Shannon | Kenneth H. |
| Sharp | Kimberly Sue |
| Shatz | Ephraim and Renate |
| Shea | David John |
| Sheffell | Phyllis |
| Shelton | Gilbert Wayne |
| Shepard | Wyonne |
| Shephard | Sonja |
| Shepler | Jonell M. |
| Sheridan | Terry Lee |
| Shipp | Michele |
| Shiver | Herbert D. and Joyce M. |
| Shoemake | Ronald A. & Judy R. |
| Shortreed | Pamela |
| Showell | Doris Angelo |
| Shuck | Deon and LaVerne |
| Siddiqui* | S. A., Esq.  Also J. & S. Siddiqui LLC |
| Siddiqui* | Samir A. |
| Sierra | Belem Perez |
| Sietsma | Janet Carson |
| Silvernale | Ruth |
| Simmons | Glennis JoDell |
| Simmons | Kimberley |
| Simmons | Dwayne D. and D'Nisa D. |

| | |
|---|---|
| Simon | Armando |
| Simonson | Marc Gerhard |
| Simpson | Rose Marie |
| Simpson | Mary F. |
| Simpson | Erin Elizabeth |
| Sims | Margaret |
| Singh | Mirta |
| Singletary | Michiko |
| Sisti | Cleanna and Shirley Partlow |
| Skrivanek | Shirley  S. |
| Skudra | Vija S. |
| Slavin | Rhonda and Mike |
| Sleeper | Gloria J. |
| Slifer | Michael E. and Janet |
| Slupik | Michael R. |
| Smeltz | David Alan and Susan Dorene |
| Smith | Lester C. and Katharine C. |
| Smith | Terry S. and Karen E. |
| Smith | Mary |
| Smith | Dennis Lee |
| Smith | Joshua Marshall |
| Smith | Thomas Wayne |
| Snowden | Donald |
| Sokolsky | Anne |
| Sorensen | Howard F. (deceased) and Joan |
| Soto | Lucy |
| Sotomayer | John L. and Krissa Johnson |
| Southern | William and Pamela |
| Spaduzzi | Robert P. |
| Spahn | Dennis and Cynthia |
| Sparling | William W. and Alma L. |
| Spencer | James S. |
| Sperring | Raymond and Catherine |
| Spinks | Michael W. & Corene G. |
| Splettstosser | Walter Michael |
| Sprangers | Randy J. and Jill M. |
| Staker | Anita |
| Starbuck | Dennis R. & Judith A. |
| Staton | Michael and Donna |
| Staub | Rita P. |
| Steele | P. Susan |
| Steele | Christopher W. |
| Stein | Johnathan and Gillian |
| Stein | Deborah Michelle |
| Steinleger | Carol |
| Stelmas | Carol-Jean |
| Stephan | Shelly D. Nelson |

| | |
|---|---|
| Stephens | Daylan |
| Stewart | Clint and Jawayne |
| Stocking | Thomas M. and Kay V. |
| Stoddard | Mary E. |
| Stott | Barry Louis |
| Stovall | Lois S. |
| Stratton | Steven J. and Kelly A. |
| Strawn | Robert J., III and Shirley Ann |
| Stricker | Benjamin |
| Stuck | James M. |
| Stutz | Howard and Valerie |
| Suen | Hsu |
| Suko | Paul D. and Kate Foreman |
| Sun | Qing |
| Sun Liu | Sean Siu |
| Sutherland | Rebekah Ernst |
| Sutton | Marrion N. |
| Swain | Mary L. |
| Swann | Terrie S. |
| Swanzy | Betty |
| Sweaney | Dwight D. and Susie D. |
| Swendson | Gene Leroy and Harriette Louise |
| Swift | Linda Mills |
| Swift | Katherine |
| Swint | Janice |
| Sykes | Roger M. |
| Sylvander | Stefan and Joanne |
| Szymanski | Michael |
| Tackett | Victor H. and Sandra J. |
| Taffe | Rosa Suzanne |
| Tague | Fred P. and Betty J. |
| Talton | Geraldine |
| Tapparo | Eugene Earl and Carole Deon |
| Taylor | Merwin Elvin |
| Taylor | Kenneth and Caprice |
| Taylor | Andrew & Monica |
| Taylor | Brent & Toni |
| Taylor | Dorothy L. |
| Teague | Lonnie Michael and Deborah Ruth |
| Teague | Lorene |
| Tegeler | Martha L. |
| Templin | Dennis |
| Tennison | Mark |
| Terry | Ona Joy |
| Therriault | Ron and Ginny |
| Thomas | Mary Katherine |

| | |
|---|---|
| Thomas | William A., II |
| Thomas | Renee Marie |
| Thomas | Glee |
| Thompson | Burl E. |
| Thompson | Craig M. and Sharon W. |
| Thompson | Clare and Candice |
| Thompson | Gregory Carroll |
| Thompson | Charles M. |
| Thornell | Jeffery Kyle |
| Thorpe | Mary |
| Thumith | Leigh |
| Thweatt | Robert Manning |
| Tierney | Theresa |
| Tiffany | Sue Carter |
| Tiggs | Artis |
| Tillery | James D. |
| Timmons | Gail |
| Tipperreiter | Mark Robert and Aimee Marie |
| Todd | Joe and Juanita |
| Tolson | John and Maggie |
| Tometich | Marion and Stephen (deceased) |
| Tomita | Mark M. and Maikhanh |
| Torgerson | Harris E. |
| Torres | Ralph and Isabel Guadalupe |
| Towle | Dawn and Kelly Jennings |
| Tran | Michael S., M.D. |
| Trimyer | Nancy |
| Troehler | Marlene |
| Trotter | Sylvia |
| Troutman | Patricia |
| True | George O. and Patricia J. |
| Trujillo | John and Carolina |
| Tubb | Leon Eric, Jr. |
| Tucker | Don and Louise |
| Turner | Joseph |
| Turner | Tiffanie Y. |
| Tye | Reuben Douglas |
| Tyler | Scott and Melissa |
| Ude* | Joachim R. |
| Uelhof | Joshua and Kathleen |
| Utter | Allan and Marilyn |
| Vahidy | Vanosheh D. |
| Valencia | William and Bertha |
| Van Lankeren | Lorna Beryl |
| Vance | Sonya Ruth |
| Vandiver | Jeffrey Wayne |
| Vansickle | Aaron Wayne |

| | |
|---|---|
| Vanzee | Norma |
| Varcasia | Victoria |
| Vargo | Michael Stephen |
| Vargo | Dianna L. |
| Vargo | Dianna L. |
| Vaughn | Billy Nat and Mary Elaine |
| Vaughn | John William & Joyce Jean |
| Vaughn | Mary C. |
| Vega* | Ken and Sandra |
| Vega | Oscar and Maria G. |
| Verdirano | Phil and Sally |
| Verheggen | Yolanda I. |
| Via | Garry Lee |
| Villarrel | Oliver Sanchez |
| Villines | Silby (deceased) and Mildred M. |
| Vincent* | Margie Ann |
| Viner | Carol |
| Voll | Kevin Adam and Jill Elizabeth |
| Vorasorn | Tony |
| Waaland | Marion |
| Wadzinski | Maria |
| Waiser | Rema and Anatoly S. |
| Wallace | Grover and Daisy |
| Wallingford | James Bruce and Lilly Marie |
| Walsh | Thomas David & Shellie Marie Iseri |
| Wamsley | Mary M. |
| Wamsley | Francis L |
| Wanless | Charles J. |
| Ward | Viki Ann |
| Ward-Kilsch | Kendree D. |
| Warehime | James Phillip |
| Warman | Edward E. |
| Warren | Terrance E. |
| Waswick | Larry Lyle |
| Waters | Gary D. and Tommie Ellen |
| Waters | Robert E., Jr. |
| Watkins | Antonio |
| Weeks | John Jeffrey |
| Weger | Corine and Rabon |
| Weiland | Marykay |
| Weiser | Rema |
| Wells | Jered R. and Aimee Lynn |
| Welsh | Ryan P. and Laura E. |
| Wendorf | Donna Sue |
| West | Gordon James |
| Westbrook | Michael R. and Dianna J. |

| | |
|---|---|
| Whaley | Joan P. |
| Whearty | Robert J. and Domenica M. |
| White | George A. and Teila C. |
| White | A. Maxine |
| White | Marilea |
| White | Paula S. |
| White | Michael N. and Elizabeth |
| White | Bonnie L. |
| Whitefield | Beverly R. |
| Whitlock | Donald M. and Regina M. |
| Wian | Deborah Lee |
| Wichman | Cheri J. |
| Wick | Michael Gordon and Geneva Parlee |
| Wiggins | Gail L. |
| Wiggins | Robert E. |
| Wiggins | Sallie |
| Wilcox | Kimberly S. |
| Wiley | Clark Cates and Coleen Atherton |
| Wilkinson | Dan Keith, M.D. |
| Willert | Holly A. |
| Willett* | Robert J. & Lynelle T. |
| Williams | Robert L. and Betty J. |
| Williams | Robert Edward |
| Williams | Loretta J. |
| Williams | Linda Jean |
| Williams | Carlene |
| Williams | Stacy  Elizabeth |
| Williams | Grace E. |
| Williams | Harold |
| Williams | Michael Lewis |
| Williams | Jason Hamilton |
| Williams | Matt Alan & Alanna L. |
| Williamson | Keith D. and Lori L. |
| Willis | Jerry |
| Willis | Demarcus & Yaneka |
| Willson | Linda M. |
| Wilson | Norman Eldred and Kathleen Kay |
| Wilson | Elizabeth Booker |
| Wilson | Jonie Michelle |
| Wilson | Jasper A. and Audrey Ann P. |
| Wilson | Guy |
| Windmiller | Don Cornelius and Jane Allison |
| Winters | Patricia A. M. |
| Wise | Gene and Sandra E. |

| | |
|---|---|
| Wise | James Kenneth and Christine Louise |
| Wiseman | Charles and Margaret |
| Wisniewski | Douglas A. & Sarah E. |
| Wissink* | LeAnn |
| Witmer | Brenda (Deceased) Lori K. Witmer (Executor of Estate) |
| Wolf | Reinald Walter |
| Wood | Rebecca Lynne |
| Woodberry | Pamela R. |
| Woodbridge, Jr. | Lee |
| Woolsey | Richard A. and Judith H. |
| Wortner | Arline |
| Wright | Mark N. |
| Wright | Timothy A. and Traci L. |
| Wright-Green | Elizabeth |
| Wuerch | Marie Justine |
| Wyatt | Jana C. |
| Xie | Jianwei |
| Yacullo | Loretta |
| Yang | Youa |
| Yarbro | Shirley Chance |
| Yeazel | Terry Lee |
| Yewdall | Paul Walter |
| Yniguez | Bernardino |
| Yocum | Allen |
| Yoder | Judith |
| Yomtob | Bruce Jay |
| York* | Lawrence and Mary |
| Young | Richard and Teresa |
| Young | Chad David |
| Young | Patricia |
| Young | Barrie James and Veronica |
| Younger | Derrek L. |
| Zamarian | Paul |
| Zimmerman | Alfred L. |
| Zimmerman | Frank and Norma |
| Zink | Paul Scott |
| Zisch | James and Deborah |
| Zwicker | Barbara |

Late Documents

| | | Total: 36 |
|---|---|---|
| Benoit | Georgia M and Daniel M. Benoit (deceased) | |
| Berg | Shawna | |
| Brooks | Myra | |
| Constance | Caroline Lynn Kieffer | |
| Cox | Vicki S. | |
| Crocker | Rhonnie | |
| Crouch | Nicholas A. | |
| Darragh | Eleanor | |
| Disharoon | Shelley Lynn | |
| Farling | Melissa and Brian | |
| Gallia | Anthony and Katrina Kiesel | |
| Garza | Darcie | |
| Griffin | Ann | |
| Hinkle | Phyllis A. | |
| Irving | William | |
| Johnson | Iris Shontel | |
| Judkins | Donna | |
| Kazerani | Diba | |
| Keshani | Sharik | |
| Koehler | Michael and Michelle | |
| Lambert | Charles and Katrina | |
| McCollum | Joanne | |
| McDevitt | Seara L. | |
| McDonough | John and Ethel | |
| Myers | Raymond  E. | |
| Necsoiu | Dorel Marious | |
| Outler | Marsha | |
| Reiner | Jenifer and Jamie | |
| Richardson | Ronda Byrd | |
| Salazar | Jesse and Sandra Cruz | |
| Smith | David and Valerie | |
| Statler | Martin and Corrianne | |
| Vaccaro | Brian Doherty | |
| Varner | Blaine A. | |
| Wentworth | Dianne | |
| Wolfe | Betty L. | |

Potential Exclusion Requests

*want to be included
Total: 32

| | |
|---|---|
| Adams* | Theresa |
| Anderson | Vernice |
| Anthony | Claudette Kathleen |
| Arens | Gloria May |
| Bacon* | Betty Rose |
| Beck | Brent |
| Chao | Shao-Ju |
| Cheng | Yueh-Li |
| Coryell | John |
| Dodson | Lanora |
| Faggial | Clayton and Linda |
| Gouron | Max |
| Goya | John C. |
| Green | Vida |
| Hue | Irene O. |
| Huffman | Richard |
| Joyner | Carla |
| Kahin | Brian |
| Lee* | Renunda S. |
| Lester-Schofield | Latisha L. |
| Lowery* | Gloria |
| Mackey | Stuart and Glenda (deceased) |
| Reinert | Richard and Brenda |
| Roberts* | Reahlene |
| Skibbe | Jerry and Nancy |
| Sprunger | Steve and Sally |
| Taylor | Cassandra Everson |
| Toh | Soon |
| Wenstrup* | David |
| Williams* | Margaret L. |
| Williamson | Joann |
| Yount | Jo Ann |