# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, | CASE NO. |
| Plaintiffs, | 2:07CV1928-RDP |
| v. | |
| AMERICAN HOME SHIELD CORPORATION, | |
| Defendant, | |
| and | |
| JOHN HOWE, JENNY HILL, JENNIFER DEACHIN, MICHAEL MCKERLEY, KENNETH R. BEHREND, PAMELA BEHREND, JEFF WILLIAMS, SABRINA WILLIAMS and JANET K. WOOD, | |
| Intervenors. | |

## NOTICE OF APPEAL

Notice is hereby given that Intervenors, John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams, and Janet K. Wood, by and through their attorney, Frank H. Tomlinson, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment Granting Final Approval of the Class Action between the Class and Defendant, American Home Shield Corporation, entered on April 27, 2010 (Doc. #106), along with accompanying Memorandum Opinion of April 27, 2010 (Doc. #105), setting forth the reasons for the approval of the

Settlement (Doc. #37, Ex. 1), and the Memorandum Opinion of April 27, 2010, approving the Motion of Class Counsel for an Award of Attorneys' Fees (Doc. #107).

Dated: May 27, 2010

/s/Frank H. Tomlinson
Frank H. Tomlinson
AL Bar No. ASB-7042-T66F
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL  35203
Telephone:  (205) 326-6626
Facsimile:  (205) 328-2889
htomlinson@bellsouth.net

*Attorney for John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams, and Janet K. Wood ("Intervenors")*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing, and service via CM/ECF has been made upon all parties who have entered appearances in this case by electronic means, this 27th day of May, 2010.

/s/Frank H. Tomlinson
Frank H. Tomlinson