UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | * * * * |
| Plaintiffs, | * * |
| vs. | Case No. 07-CV-1928-RDP * * |
| AMERICAN HOME SHIELD CORPORATION, | * * * |
| Defendants. | * |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, class members/objectors Robert and Luz Shepard, Janet Tzendzalian, Merlyn D. Lind, and Rosalyn Urbanek appeal to the United States Court of Appeals for the Eleventh Circuit from:

(1)　the final Judgment Granting Final Approval of the Class Action Settlement Agreement Between the Class and Defendant American Home Shield Corporation (Dkt. No. 106) entered on April 27, 2010 (Exhibit 1);

(2)　the Memorandum Opinion (Dkt. No. 105) entered on April 27, 2010 (Exhibit 2); and

1

(3)   the Order (Dkt. No. 121) entered on May 26, 2010 (Exhibit 3).

Dated:  May 27, 2010                              s/ Albert Y. Chang
                                                  _____
                                                  Albert Y. Chang

                                                  *Counsel for Class Members Robert and
                                                  Luz Shepard, Janet Tzendzalian, Merlyn
                                                  D. Lind, and Rosalyn Urbanek*

*Of counsel:*

JOHNSON BOTTINI, LLP
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone:  (619) 230-0063
Facsimile:  (619) 238-0622

## CERTIFICATE OF SERVICE

I certify that I have on the 27th day of May, 2010 filed the foregoing Notice of Appeal, together with exhibits, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties of record:

John E. Goodman, Esq.
Bradley, Arant, Boult, Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Frank Davis, Esq.
John E. Norris, Esq.
Wesley W. Barnett, Esq.
Davis & Norris, LLP
2145 Highland Avenue
Birmingham, Alabama 35205

Lea Bone, Esq.
Bates & Bones, LLP
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205

Dated:  May 27, 2010

_____
Albert Y. Chang