FILED

2010 Jul-16  PM 05:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.: 2:07-CV-1928-RDP** |
| **AMERICAN HOME SHIELD CORPORATION,** | ) ) ) | |
| **Defendant.** | ) ) | |

## DEFENDANT'S REPORT REGARDING THE STATUS AND POSTURE OF THE *EDLESON* LAWSUIT

Defendant American Home Shield Corporation ("AHS") submits the following report in response to the Court's July 9, 2010 Order (Doc. 149) requesting a report regarding the status and posture of the lawsuit styled *Karon and L.B. Chip Edleson v. American Home Shield of California, Inc., et al.*, Case No. 37-2007-00071725-CU-BT-CTL currently pending in the Superior Court of California for the County of San Diego (the "*Edleson* action").

On October 9, 2009, the Edlesons filed a motion for a preliminary injunction, alleging that "Class Members are being irreparably damaged" by AHS. (Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction ("Mem.") at 1 (excerpts as Ex. A).)  The Edlesons' motion

focused on their allegations regarding the denial of claims and contractor scoring methodologies (which they claim incentivized contractors to deny claims), areas that are addressed by the settlement in this case and specifically identified in AHS's Status Report Regarding Business Practices Changes filed with this Court (Doc. 97). The Edlesons' motion makes clear that they seek this relief not on their own behalf[1], but on behalf of the "Class.[2]" (*See, e.g.,* Motion (excerpts at Ex. B) at 1; Mem. at 1, 2.)

Shortly after the Edlesons filed their motion for preliminary injunction, and before any discovery could be conducted regarding that motion, this Court entered an Order on October 30, 2009 enjoining the continued prosecution of the *Edleson* action. (Doc. 43.) The California court, observing this Court's Order, then stayed the *Edleson* action. The parties to the *Edleson* action thereafter attended a status conference in California on June 11, 2010, at which time counsel for the defendants advised the court that the stay remained in effect; the Edlesons' counsel acknowledged, or at least did not dispute, that fact. (Decl. of J. Feldman (Ex. C) at ¶ 3.) The judge then ordered the parties to return on October 15, 2010 for another status conference. At the June 11 status conference, counsel for the Edlesons

---

[1] The Edlesons have not been customers of AHS since 2005. (Doc. 108, Ex. A).

[2] Not only do the Edlesons identify the beneficiaries of their requested injunction as the "Class," but they appear to ask the California court to make AHS change its business practices on a national level, something AHS is already doing as a result of the settlement approved by this Court.

repeated his intention to move forward with the pending preliminary injunction motion. (Decl. of J. Feldman (Ex. C) at ¶ 3.)

The Edlesons claim that they are not seeking class-wide relief, but are instead pursuing their "individual claims" under the CLRA and the UCL, with an intent to obtain "all relief" available thereunder. (Doc. 150 at 3.) But the relief they seek in their pending motion for preliminary injunction is in fact class-wide. The effect of any injunction under the CLRA would be for AHS to change its business practices with respect to the *public at large*, which necessarily includes members of the class here, an effect that would directly interfere with the settlement finally approved by this Court. (*See* Doc. 108 at 7-8 ("California law is clear that [the Edlesons'] claim for injunctive relief [under the CLRA] is statutorily intended to benefit the public, not the individual seeking injunctive relief," *citing Broughton v. Cigna Healthplans*, 988 P.2d 67, 77 (Cal. 1999)).)


/s/   John E. Goodman
One of the Attorneys for Defendant
American Home Shield Corporation

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

D. Frank Davis, Esq.
John E. Norris, Esq.
Wesley W. Barnett, Esq.
Davis & Norris LLP
2154 Highland Avenue
Birmingham, AL 35205
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
*Attorneys for Plaintiffs: Laura Faught and Steven Faught*

Lea Bone, Esq.
Bates & Bone LLP
2154 Highland Avenue
Birmingham, AL 35205
lbone@batesbone.com
*Attorney for Plaintiffs: Laura Faught and Steven Faught*

Kirkland E. Reid, Esq.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kreid@joneswalker.com
*Attorney for L.B. Chip Edleson and Karon Edleson*

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101
john@johnwdavis.com
*Attorney for Intervenors: John Chapon and Miriam Chapon*

R. Stephen Griffis
R. Stephen Griffis PC
2100 Riverhaven Drive, Suite 1
Hoover, AL 35244-2532
rsglaw@bellsouth.net
*Attorney for Intervenors: John Chapon and Miriam Chapon*

Charles M. Thompson
Charles M. Thompson PC
5615 Canongate Lane
Birmingham, AL 35242
mchapmanlaw@bellsouth.net
*Attorney for Intervenor: Charles M. Thompson*

Kearney D. Hutsler
Hutsler Law Firm
2700 Highway 280, Suite 320W
Birmingham, AL 35223
kdhlaw@hutslerlawfirm.com
*Attorney for Objectors: Connie Pentz, John Pentz, Sharon Lee,*
*Thomas Arrington and Todd Pettitt*

and I hereby certify that I have served by facsimile and U.S. Mail the document to
the following non-CM/ECF participants:

Francis A. Bottini, Jr., Esq.
Brett M. Weaver, Esq.
JOHNSON BOTTINI, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622
*Attorneys for Karon Edleson and L.B. Chip Edleson;*
*Objectors: Vivian F. Johnson, Janet Tzendzalian, Rosalyn Urbanek,*
*Merlyn D. Ling, Donald P. Leach, Robert W. Shepard, and Luz A.*
*Shepard*

David J. Worley, Esq.
Page Perry LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: (770) 673-0047
Facsimile: (770) 673-0120
*Attorney for Karon and L.B. Chip Edleson*

Edward D. Chapman, Esq.
CHAPIN WHEELER LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile:  (619) 955-5318
*Attorney for Karon and L.B. Chip Edleson*

Frank H. Tomlinson, Esq.
15 North 21st Street, Suite 302
Birmingham, AL 35203
Telephone: (205) 326-6626
Facsimile: (205) 328-2889
*Attorney for Objectors: John Howe, Jenny Hill, Jennifer Deachin,*
*Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff*
*Williams, Sabrina Williams f/k/a Sabrina Habib, and Janet K. Wood*


/s/ John E. Goodman
John E. Goodman

6