FILED

2010 Sep-30  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated, | * * * | |
| | * | |
| Plaintiffs, | * | |
| | * | Case No. 07-CV-1928-RDP |
| vs. | * | |
| | * | |
| AMERICAN HOME SHIELD CORPORATION, | * * | |
| | * | |
| Defendant. | * | |
| | * | |

**MOTION TO WITHDRAW AS COUNSEL**

Kirkland E. Reid with the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. ("Jones Walker") respectfully requests that this Court enter an Order allowing him to withdraw as counsel of record for Karon and L.B. Chip Edleson (the "Edlesons") in the above-styled lawsuit. In support of this motion, undersigned counsel states as follows:

1.      As the Court is aware, undersigned counsel appeared for the Edlesons solely as Alabama counsel in connection with this Court's All Writs Act Injunction enjoining the Edlesons from prosecuting their California state court action against AHS. As the Court noted in its September 1, 2010 Order, after the *Faught* settlement was finalized the initial All Writs Act Injunction is no longer in effect. (doc. 159 at n.2). In addition, the Court's Order denied, as premature, AHS's motion for continuation and modification of All Writs Act Injunction, thereby allowing the Edlesons to proceed in their California state court action. (doc. 159). Thus, the Edlesons have no present need for Alabama counsel in this lawsuit after the entry of this Court's September 1 Order.

{MB012073.1}

2.      The Edlesons will not be prejudiced by the withdrawal of undersigned counsel as their Alabama attorney, and they consent to the filing of this motion and the relief requested herein.

WHEREFORE, undersigned counsel and Jones Walker respectfully request that they be allowed to withdraw as counsel of record for the Edlesons in this action, and be released by the Court from any further responsibilities and obligations in this case.  Undersigned counsel and Jones Walker request such other, further, and different relief as justice may require.

Respectfully submitted,

/s  Kirkland E. Reid
Kirkland E. Reid (REIDK9451)
*Counsel for Karon and L.B. Chip Edleson*

*Of counsel:*

JONES, WALKER,
   WAECHTER, POITEVENT,
   CARRERE & DENEGRE, L.L.P.
Post Office Box 46
Mobile, AL 36601
Tel.:  (251) 439-7513
Fax:  (251) 433-4106
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

I certify that I have on the 30th day of September, 2010 filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

John E. Goodman, Esq.
Michael D. McKibben, Esq.
Michael R. Pennington, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
jgoodman@babc.com
mmckibben@babc.com
mpennington@babc.com
jwalters@babc.com

Joel S. Feldman, Esq.
Julie M. Weber, Esq.
Rachel B. Niewoehner, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jfeldman@sidley.com
jmweber@sidley.com
rniewoehner@sidley.com

D. Frank Davis, Esq.
John E. Norris, Esq.
Wesley W. Barnett, Esq.
Davis & Norris, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com

Lea Bone, Esq.
Bates & Bones, LLP
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
lbone@batesbone.com

Frank H. Tomlinson, Esq.
15 North 21st Street, Suite 302
Birmingham, AL 35203
htomlinson@bellsouth.net

Kearney S. Hutsler, Esq.
2700 Highway 280, Suite 320W
Birmingham, AL 35223
kdhlaw@hotmail.com

John W. Davis, Esq.
Law Office of John W. Davis
501 West Broadway, Suite 800
San Diego, CA 92101
john@johnwdavis.com

s/ Kirkland E. Reid
Kirkland E. Reid