Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

November 10, 2010

**Appeal Number: 09-15954-AA**
Case Style: Laura Faught v. American Home Shield Corporation
District Court Number: 07-01928 CV-RDP

TO:   Sharon Harris

CC:   David James Worley

CC:   Francis A. Bottini

CC:   James M. Evangelista

CC:   John E. Goodman

CC:   D. Frank Davis

CC:   John E. Norris

CC:   Scott Burnett Smith

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

November 10, 2010

Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

**Appeal Number: 09-15954-AA**
Case Style: Laura Faught v. American Home Shield Corporation
District Court Number: 07-01928 CV-RDP

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

John Ley, Clerk of Court

Reply To: Eleanor Dixon (404) 335-6172

Encl.

DIS-4 (4-2009)

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 09-15954-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 10 2010
JOHN LEY
CLERK

LAURA FAUGHT,
STEVEN FAUGHT,
on behalf of themselves and all others
similarly situated,

          Plaintiffs-Appellees,

versus

AMERICAN HOME SHIELD CORPORATION,

          Defendant-Appellee,

KARON EDLESON,
L. B. CHIP EDLESON,

         Non Party-Appellants.

---

On Appeal from the United States District Court for the
Northern District of Alabama

---

BEFORE:   TJOFLAT, CARNES, and PRYOR, Circuit Judges.

BY THE COURT:

    Now before the Court are the parties' responses to our Order to Show Cause why this appeal should not be dismissed as moot.

After reviewing the responses and the pertinent portions of the record, we conclude that this appeal no longer presents a live case or controversy and that there are no circumstances present which would permit us to continue to exercise jurisdiction over the appeal. See, e.g., Beta Upsilon Chi Upsilon Chapter at The University of Florida v. Machen, 586 F.3d 908, 915-916 (11th Cir. 2009); National Solid Wastes Management Ass'n v. Alabama Dept. of Environmental Management, 924 F.2d 1001, 1003 (11th Cir. 1991).

This appeal is hereby DISMISSED AS MOOT. All pending motions are DENIED AS MOOT.

The Clerk is directed to close the file on this appeal.

A True Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

by _____
Deputy Clerk
Atlanta, Georgia