**FILED**
2010 Dec-14 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

Sharon Harris
United States District Court
Hugo Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2010

Sharon Harris
United States District Court
Hugo Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Appeal Number: 10-12535-AA
Case Style: Charles Thompson, et al v. American Home Shield Corp.
District Court Docket No: 2:07-cv-01928-RDP

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 11/16/2010.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2010

Sharon Harris
United States District Court
Hugo Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Appeal Number: 10-12535-AA
Case Style: Charles Thompson, et al v. American Home Shield Corp.
District Court Docket No: 2:07-cv-01928-RDP

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 11/16/2010.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-12535-AA

LAURA FAUGHT,
STEVEN FAUGHT,
on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellees,

CHARLES M. THOMPSON,

        Intervenor-Plaintiff-Appellant,

versus

AMERICAN HOME SHIELD CORPORATION,

        Defendant-Appellee.

---

Appeal from the United States District Court for the
Northern District of Alabama

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is is hereby DISMISSED for want of prosecution because the appellant Charles M. Thompson has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective December 09, 2010.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Eleanor M. Dixon, AA, Deputy Clerk

FOR THE COURT - BY DIRECTION