FILED
2011 Jan-13 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA FAUGHT and STEVEN FAUGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:07-CV-1928-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND STATUS REPORT REGARDING BUSINESS PRACTICE CHANGES

Pursuant to Paragraph 5.3A of the Stipulation of Settlement (the "Settlement") herein, plaintiffs Laura and Steven Faught (the "Faughts") and defendant American Home Shield Corporation ("AHS") hereby advise the Court that they have continued to consult, by and through counsel, concerning AHS's communications, business practices and other AHS business concerns. Notwithstanding anything else herein, neither the fact of, nor any provision contained herein, nor any action taken hereunder, shall constitute or be construed as an admission of any liability or wrongdoing, or recognition of the validity of any allegation of fact or contention of law made by the Faughts in this Action or anyone else in any other Suit. The following summarizes the parties' discussions

1

and agreements from the filing of the first Status Report Regarding Business Practice Changes (Doc. 97) through the date of this Second Status Report Regarding Business Practice Changes concerning these issues:[1]

1. AHS agrees to use commercially reasonable efforts to, within 24 months after the Effective Date, institute a process whereby AHS sends to each customer, as to whom a claim has been denied (in whole or in part), a reason or reasons in writing (whether by letter or email) for the denial, including a specific reference to the section and item number in the customer's contract that contained the coverage exclusion that formed the basis for the denial.

2. AHS agrees to use commercially reasonable efforts to, as of the Effective Date, include a requirement in its Service Agreement with each contractor within the Contractor Network that (a) the contractor notify AHS before beginning any non-covered services for a customer to whom AHS has dispatched such contractor on a service call where coverage has been denied, and (b) upon request, the contractor provide AHS a list of the contractor's standard rates and charges for non-covered services.

---

[1] Capitalized terms, unless otherwise defined, have the meaning ascribed to them in the Settlement. Any agreement made by AHS as reflected in this Second Status Report Regarding Business Practice Changes shall be subject to the notice and opportunity to cure provisions of Paragraph 11.1 of the Settlement.

3. AHS agrees to use commercially reasonable efforts to, as of the Effective Date, utilize a methodology for internally measuring the performance of contractors within the Contractor Network in which the contractor's number of denied claims is not a factor in such measurement.

/s/ John E. Goodman
One of the Attorneys for Defendant
American Home Shield Corporation

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

D. Frank Davis, Esq.
John E. Norris, Esq.
Wesley W. Barnett, Esq.
Davis & Norris LLP
2154 Highland Avenue
Birmingham, AL 35205
fdavis@davisnorris.com

jnorris@davisnorris.com
wbarnett@davisnorris.com
*Attorneys for Plaintiffs: Laura Faught and Steven Faught*

Lea Bone, Esq.
Bates & Bone LLP
2154 Highland Avenue
Birmingham, AL 35205
lbone@batesbone.com
*Attorney for Plaintiffs: Laura Faught and Steven Faught*

Kirkland E. Reid, Esq.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kreid@joneswalker.com
*Attorney for L.B. Chip Edleson and Karon Edleson*

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101
john@johnwdavis.com
*Attorney for Intervenors: John Chapon and Miriam Chapon*
R. Stephen Griffis
R. Stephen Griffis PC
2100 Riverhaven Drive, Suite 1
Hoover, AL 35244-2532
rsglaw@bellsouth.net
*Attorney for Intervenors: John Chapon and Miriam Chapon*

Charles M. Thompson
Charles M. Thompson PC
5615 Canongate Lane
Birmingham, AL 35242
mchapmanlaw@bellsouth.net
*Attorney for Intervenor: Charles M. Thompson*

>Kearney D. Hutsler
>Hutsler Law Firm
>2700 Highway 280, Suite 320W
>Birmingham, AL 35223
>kdhlaw@hutslerlawfirm.com
>*Attorney for Objectors: Connie Pentz, John Pentz, Sharon Lee, Thomas Arrington and Todd Pettitt*

and I hereby certify that I have served by facsimile and U.S. Mail the document to the following non-CM/ECF participants:

>Francis A. Bottini, Jr., Esq.
>Brett M. Weaver, Esq.
>JOHNSON BOTTINI, LLP
>501 W. Broadway, Suite 1720
>San Diego, CA 92101
>Telephone: (619) 230-0063
>Facsimile: (619) 238-0622
>*Attorneys for Karon Edleson and L.B. Chip Edleson;*
>*Objectors: Vivian F. Johnson, Janet Tzendzalian, Rosalyn Urbanek, Merlyn D. Ling, Donald P. Leach, Robert W. Shepard, and Luz A. Shepard*

>David J. Worley, Esq.
>Page Perry LLC
>1040 Crown Pointe Parkway
>Suite 1050
>Atlanta, Georgia 30338
>Telephone: (770) 673-0047
>Facsimile: (770) 673-0120
>*Attorney for Karon and L.B. Chip Edleson*

>Edward D. Chapman, Esq.
>CHAPIN WHEELER LLP
>550 West "C" Street, Suite 2000
>San Diego, California 92101
>Telephone: (619) 241-4810
>Facsimile: (619) 955-5318
>*Attorney for Karon and L.B. Chip Edleson*

Frank H. Tomlinson, Esq.
15 North 21st Street, Suite 302
Birmingham, AL 35203
Telephone: (205) 326-6626
Facsimile: (205) 328-2889
*Attorney for Objectors: John Howe, Jenny Hill, Jennifer Deachin, Michael McKerley, Kenneth R. Behrend, Pamela Behrend, Jeff Williams, Sabrina Williams f/k/a Sabrina Habib, and Janet K. Wood*

/s/ John E. Goodman
John E. Goodman