# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2012

Sharon Harris
United States District Court
1729 FIFTH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 10-12496-AA ; 10-12534 -AA ; 10-12535 -AA ; 11-10459 -AA
Case Style: Laura Faught, et al v. Robert Shepard, et al
District Court Docket No: 2:07-cv-01928-RDP

The Clerk's Office has been directed to recall the mandate. The clerk of the district court is requested to return the opinion and judgment previously issued as mandate.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

MDT-3 Letter to DC Recalling Mandate

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2012

Sharon Harris
United States District Court
1729 FIFTH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 10-12533-AA
Case Style: Laura Faught, et al v. Todd Pettitt, et al
District Court Docket No: 2:07-cv-01928-RDP

The Clerk's Office has been directed to recall the mandate. The clerk of the district court is requested to return the opinion and judgment previously issued as mandate.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

MDT-3 Letter to DC Recalling Mandate