IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAURA FAUGHT; STEVEN FAUGHT, on behalf of themselves and all others similarly situated,** } } } } | |
| **Plaintiffs,** } | |
| v. } | Case No.: 2:07-CV-1928-RDP |
| **AMERICAN HOME SHIELD CORPORATION,** } } } } | |
| **Defendant.** } | |

## ORDER

The court has before it the Motion to Compel Payment of Attorney's Fees Including Accrued Interest (Doc. #205) filed under seal on April 26, 2013. As set forth in the telephone conference held today with counsel for the parties, the Motion (Doc. #205) is **GRANTED** as follows:

- Defendant American Home Shield ("AHS") **SHALL**, **within ten (10) days of the date of this order**, make a fee payment to Plaintiffs' attorneys on all cash awards that have been made to claimants *if* those cash awards have been cashed by the claimant.

- Defendant AHS **SHALL**, **within ten (10) days of the date of this order**, provide Plaintiffs' class counsel and the court with a document: (1) indicating all claimants who have received and have cashed their cash awards pursuant to the Review Desk process; (2) indicating all claimants who have received and who have *not* cashed their cash award pursuant to the Review Desk process; and (3) requesting Plaintiffs' class counsel to coordinate ways to locate claimants who have not cashed their

checks and encourage them to do so.

- Defendant AHS **SHALL**, **within ten (10) days after the date all future Status Reports** (*see, e.g.* Doc. #204) **are due**, make a fee payment to Plaintiffs' attorneys on all cash awards that have been made to claimants *if* those cash awards have been cashed by the claimant.

- Defendant AHS **SHALL**, **within ten (10) days after the date all future Status Reports** (*see, e.g.* Doc. #204) **are due**, provide Plaintiffs' class counsel and the court with a document: (1) indicating all claimants who have received and have cashed their cash awards pursuant to the Review Desk process; (2) indicating all claimants who have received and who have *not* cashed their cash award pursuant to the Review Desk process; and (3) requesting Plaintiffs' class counsel to coordinate ways to locate claimants who have not cashed their checks and encourage them to do so.

Any failure of AHS to comply with this order may result in the court ordering Defendant AHS to pay Plaintiffs' class counsel accrued interest dating back to each quarterly report.

**DONE** and **ORDERED** this ___29th___ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

2